IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Montrose Multifamily Members, LLC, *et al.*[1] | ) | Case No. 22-90323 |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |
| | ) | |

**NOTICE OF DESIGNATION**

On October 4, 2022 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas.  The undersigned proposed counsel believes that these chapter 11 cases qualify as complex chapter 11 cases because:

__X__   The Debtors have a total debt of more than $10 million;

____   There are more than 50 parties in interest in this case;

____   Claims against the Debtors are publicly traded;

____   Other (substantial explanation is required.  Attach additional sheets if necessary)

The Debtors request that the Court enter an order granting the relief requested herein and granting such other and further relief as is appropriate under the circumstances.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Montrose Multifamily Members II, LLC (5725); Colquitt 2008, LP (6108); Westmoreland Partners, LLC (1492); Graustark Members II, LLC (1605); Kipling Partners LLC (2339); MT Vernon Members, LLC (5014); and Norfolk Partners LLC (3182).  The location of Debtor Montrose Multifamily Members, LLC's principal place of business and the Debtors' service address is 4203 Montrose Blvd, Suite 400, Houston, Texas, 77006.

Dated: October 4, 2022

                              Respectfully submitted,

                              **TRAN SINGH LLP**

                              */s/Susan Tran Adams*
                              Susan Tran Adams (SBN: 24075648)
                              stran@ts-llp.com
                              Brendon Singh (SBN: 24075646)
                              bsingh@ts-llp.com
                              2502 La Branch Street
                              Houston, Texas 77004
                              Telephone: (832) 975-7300
                              Facsimile: (832) 975-7301

                              *Proposed Counsel for the Debtors and Debtors in Possession*