United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 05, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Montrose Multifamily Members, LLC, | ) | Case No. 22-90323 |
| | ) | |
| Debtor. | ) | (Emergency Hearing Requested) |
| (EIN 82-1695433) | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Montrose Multifamily Members II, LLC, | ) | Case No. 22-90324 |
| | ) | |
| Debtor. | ) | |
| (EIN 82-3335725) | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Colquitt 2008, LP, | ) | Case No. 22-90325 |
| | ) | |
| Debtor. | ) | |
| (EIN 81-2376108) | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Graustark Members II, LLC, | ) | Case No. 22-90326 |
| | ) | |
| Debtor. | ) | |
| (EIN 81-3301605) | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Kipling Partners, LLC, | ) | Case No. 22-90327 |
| | ) | |
| Debtor. | ) | |
| (EIN 81-1602339) | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MT Vernon Members, LLC, | ) | Case No. 22-90328 |
| | ) | |
| Debtor. | ) | |
| (EIN 32-0515014) | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Norfolk Partners, LLC, | ) | Case No. 22-90329 |
| | ) | |
| Debtor. | ) | |
| (EIN 81-2303182) | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Westmoreland Partners, LLC, | ) | Case No. 22-90330 |
| | ) | |
| Debtor. | ) | |
| (EIN 47-4611492) | ) | |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**   (Docket No. 3)

Came on for consideration, the Debtors' Emergency Motion for an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief (the "Motion"), it is hereby

**ORDERED**:

1. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 22-90323. Additionally, the following items are ordered:

   a. One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent; and

   b. Parties may request joint hearings on matters pending in any of the jointly-administered cases.

2.      The caption of the jointly-administered cases (the "Consolidated Caption") should read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Montrose Multifamily Members, LLC, et al[1], | ) | Case No. 22-90323 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| (EIN 82-1695433) | ) | |
| | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Montrose Multifamily Members II, LLC (5725); Colquitt 2008, LP (6108); Westmoreland Partners, LLC (1492); Graustark Members II, LLC (1605); Kipling Partners LLC (2339); MT Vernon Members, LLC (5014); and Norfolk Partners LLC (3182). The location of Debtor Montrose Multifamily Members, LLC's principal place of business and the Debtors' service address is 4203 Montrose Blvd, Suite 400, Houston, Texas, 77006.

3.      A docket entry substantially similar to the following, shall be entered on the docket of each one of the Debtors, other than Montrose Multifamily Members, LLC, to reflect the joint administration of the Chapter 11 Cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: Montrose Multifamily Members, LLC, Case No. 22-90323 Montrose Multifamily Members II, LLC, Case No. 22-90324, Colquitt 2008, LP, Case No. 22-900325, Graustark Members II, LLC, Case No. 22-90326,

Kipling Partners, LLC, Case No. 22-90327, MT Vernon Partners, LLC, Case No. 22-90328, Norfolk Partners, LLC, Case No. 22-0329; and Westmoreland Partners, LLC, Case No. 22-90330. *All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 22-90323.*

4. The Debtors shall maintain, and the Clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list for the Chapter 11 Cases.

5. Any party in interest may request joint hearings on matters pending in any of the Chapter 11 Cases.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases or creating other implications regarding the separateness (or lack of separateness) of the Debtors' estates for any purpose, and this Order shall be without prejudice as to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

7. The Debtors are authorized to file monthly operating reports and post-effective date quarterly reports by an individual Debtor.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Orde are immediately effective and enforceable upon its entry.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: October 05, 2022.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**