IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Montrose Multifamily Members, LLC, *et al.*[1] | ) | Case No. 22-90323 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that on October 13, 2022, the Debtors filed *their Emergency Motion for (I) Interim Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c), (II) Granting Adequate Protection for the Use of Cash Collateral and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 As to the Use of Cash Collateral* [Dkt. No. 16] (the "Cash Collateral Motion"), *Emergency Motion of Debtors for Entry of an Order Extending Time to File Schedules and Statements of Financial Affairs* [Dkt. No. 17] (the "Schedules and Statement of Financial Affairs Motion"), *Emergency Motion for Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service and (II) Establishing Procedures for Determining Requests for Additional Members, LLC* [Dkt. No. 18] (the "Utility Motion"), *the Emergency Motion for Order Authorizing the Continued Use of Existing (I) Cash Management System and (II) Bank Accounts* [Dkt. No. 10] (the "Cash Management Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearings on the Cash Collateral Motion, the Schedules and Statement of Financial Affairs Motion, the Utility Motion, and the Cash Management Motion have been reset to **October 18, 2022, at 1:00 p.m. (Prevailing Central Time)**, before the Honorable David R. Jones. You may participate through audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference rom number. Judge Jones' conference room number is **205691**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click on the link in Judge Jones' homepage. The meeting code is "JudgeJones." Click the settings icon on the upper right corner and enter your name under personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Montrose Multifamily Members II, LLC (5725); Colquitt 2008, LP (6108); Westmoreland Partners, LLC (1492); Graustark Members II, LLC (1605); Kipling Partners LLC (2339); MT Vernon Members, LLC (5014); and Norfolk Partners LLC (3182). The location of Debtor Montrose Multifamily Members, LLC's principal place of business and the Debtors' service address is 4203 Montrose Blvd, Suite 400, Houston, Texas, 77006.

**PLEASE TAKE FURTHER NOTICE** that the hearings must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones' homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available for a nominal fee through the PACER system on the Court's website at https://ecf.txs.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: October 17, 2022

                              **TRAN SINGH, LLP**

                         By: */s/Susan Tran Adams*
                              Susan Tran Adams | TBN: 24075648
                              Brendon Singh | TBN: 24075646
                              2502 La Branch St
                              Houston TX 77004
                              Ph: (832) 975-7300
                              Fax: (832) 975-7301
                              Email: stran@ts-llp.com

                              *Proposed counsel for Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, the parties on the attached service list were provide a true and correct copy of the foregoing via U.S. First Class Mail and through CM/ECF through the parties requesting electronic notice.

                                                          */s/Susan Tran Adams*
                                                          Susan Tran Adams