IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Montrose Multifamily Members, LLC, *et al.*[1] | ) | Case No. 22-90323 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**<u>DEBTOR'S WITNESS AND EXHIBIT LIST</u>**
(Nos. 16,17,18, 19)

| **WITNESSES:** | |
|---|---|
| 1) Christopher Bran, Manager of Bran Enterprises as manager of the Debtors | Judge: David R. Jones |
| 2) Jeremy Bran, corporate representative for the Debtors | Hearing Date: October 18, 2022<br>Hearing Time: 1:00 p.m. (Prevailing Central Time) |
| | Party's Name: Montrose Multifamily Members, LLC *et al*. |
| | Attorneys for Debtor:<br>Susan Tran Adams and Brendon Singh |
| | Nature of Proceeding(s):<br>1. *Emergency Motion for (I) Interim Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c), (II) Granting Adequate Protection for the Use of Cash Collateral and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 As to the Use of Cash Collateral* [Dkt. No. 16]<br>2. *Emergency Motion of Debtors for Entry of an Order Extending Time to File Schedules and Statements of Financial Affairs* [Dkt. No. 17]<br>3. *Emergency Motion for Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Montrose Multifamily Members II, LLC (5725); Colquitt 2008, LP (6108); Westmoreland Partners, LLC (1492); Graustark Members II, LLC (1605); Kipling Partners LLC (2339); MT Vernon Members, LLC (5014); and Norfolk Partners LLC (3182).  The location of Debtor Montrose Multifamily Members, LLC's principal place of business and the Debtors' service address is 4203 Montrose Blvd, Suite 400, Houston, Texas, 77006.

|  | *Service and (II) Establishing Procedures for Determining Requests for Additional Members, LLC* [Dkt. No. 18]<br>4. *the Emergency Motion for Order Authorizing the Continued Use of Existing (I) Cash Management System and (II) Bank Accounts* [Dkt. No. 19] |
|---|---|
|  |  |

| Ex. # | Description | Offered | Objection | Admitted/Not | Disposition |
|---|---|---|---|---|---|
| 1 | Interim Budget |  |  |  |  |
| 2 | Utility Provider List |  |  |  |  |
| 3 | Summary of Depository Accounts |  |  |  |  |
| 4 | Withdrawal by Alleged Receiver |  |  |  |  |

Dated: October 17, 2022

Respectfully submitted,

**TRAN SINGH LLP**

By:  */s/Susan Tran Adams*
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch St
Houston, Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
STran@ts-llp.com

*Proposed Counsel for Debtor and Debtor and Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022 a true and correct copy of the foregoing document was served via the Court's ECF System on all parties requesting notice in this proceeding.

By: */s/ Susan Tran Adams*
Susan Tran Adams

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE

The undersigned, an attorney, under penalties of perjury, verifies that a copy of the Motion was delivered to the United States Trustee on October 17, 2022, by electronic delivery by the clerk of the Bankruptcy Court.

By: */s/ Susan Tran Adams*
Susan Tran Adams