**Property Bills & Services**

| Property Name | Units | Utility Providers - Monthly Usage ||||||
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Water Monthly | Current Balance | Deposit on File | Gas | Electric | Trash |
| | | City of Houston ||| Centerpoint Energy | Summer Energy | Texas Pride |
| 1423 Kipling | 8 | $220.00 | $235.51 | $600.00 | $80.00 | $95.00 | $95.00 |
| 1717 Norfolk | 20 | $400.00 | $11,545.36 | $0.00 | $142.29 | $2,100.00 | $145.00 |
| 2008 Colquitt | 8 | $200.00 | $1,258.50 | $600.00 | $138.00 | $120.00 | $100.00 |
| **2301 Commonwealth - MMM** | 24 | $1,200.00 | $10,144.42 | $7,666.00 | $230.00 | $800.00 | $145.00 |
| **239 Emerson - MMM** | 28 | $1,120.00 | $7,572.27 | $7,666.00 | $150.00 | $1,100.00 | $170.00 |
| **417 W Main - MMM** | 12 | $290.00 | $1,874.74 | $7,666.00 | $40.00 | $450.00 | $175.00 |
| 3412 Graustark | 8 | $350.00 | $2,323.02 | $800.00 | $70.00 | $270.00 | $100.00 |
| 3414 Graustark | 8 | $220.00 | $5,747.92 | $600.00 | $70.00 | $270.00 | $100.00 |
| 400 Westmoreland | 16 | $400.00 | $2,025.55 | $1,200.00 | $350.00 | $280.00 | $170.00 |
| 4321 Mt Vernon | 16 | $465.00 | $2,418.58 | $1,200.00 | $107.58 | $200.00 | $170.00 |
| **306 Stratford - MMM II** | 15 | $1,350.00 | $2,479.75 | | $175.00 | $700.00 | $75.00 |
| **2212 Dunlavy - MMM II** | 20 | $440.00 | $266.04 | | $440.00 | $650.00 | $75.00 |
| **1507 California - MMM II** | 18 | $580.00 | $827.35 | | $200.00 | $800.00 | $75.00 |
| **606 Harold - MMM II** | 14 | $ 514.00 | $ 960.58 | | $40.00 | $650.00 | $75.00 |