| Bank Account Information | | | |
| --- | --- | --- | --- |
| Legal Name | Address | Units | Bank Account |
| **Kipling Partners, LLC** | 1423 Kipling | 8 | ending 5479 |
| **Graustark Members II, LLC** | 3412 Graustark | 8 | ending 7681 |
| | 3414 Graustark | 8 | |
| **Mt Vernon Members, LLC** | 4321 Mt Vernon | 16 | ending 1346 |
| **Westmoreland Partners, LLC** | 400 Westmoreland | 16 | ending 1338 |
| **2008 Colquitt, LP** | 2008 Colquitt | 8 | ending 9333 |
| **Norfolk Partners, LLC** | 1717 Norfolk | 20 | ending 7643 |
| **Montrose Multifamily Members II, LLC** | 606 Harold | 14 | ending 7216 |
| | 306 Stratford | 15 | |
| | 2212 Dunlavy | 20 | |
| | 1507 California | 18 | |
| **Montrose Multifamily Members, LLC** | 239 Emerson | 28 | ending 6481 |
| | 417 W Main | 12 | |
| | 2301 Commonwealth | 24 | |

| Bank |
| --- |
| Independent Bank |
| Independent Bank |
| |
| Independent Bank |
| Independent Bank |
| Independent Bank |
| Independent Bank |
| Independent Bank |
| |
| |
| |
| Independent Bank |
| |
| |