Independent Bank
xxx9333

Page: 4 of 4
Date: 7/31/22

```
RECEIVED FROM  IF INDEPENDENT        CHECKING WITHDRAWAL
                  FINANCIAL
                                     ACCOUNT NUMBER
DATE 7/11/2022                           9333
Court Order Appointing Seth kretzer, Receiver
                                         AMOUNT
Colquitt 2008 LP - Turn over per order  $  6120.22
ADDRESS Cause # 2020-20587; 164th Dc; Harris Co. TX
                                         TRAN CODE
Six Thousand One Hundred Twenty Two and 22/100  DOLLARS  69

  :5001-000:  1000729333  69
```

Withdrawal Amount $6,120.22 Date 7/11/2022

Independent Bank
xxx7681

Page: 4 of 4
Date: 7/31/22

**RECEIVED FROM** INDEPENDENT FINANCIAL   **CHECKING WITHDRAWAL**

DATE 7/11/2022   KM

ACCOUNT NUMBER 7681

Court Order Appointing Receiver Seth Kretzer
Graystark Members II LLC - order Tim Over
Cause# 2020-70587; 164th Dc. Harris Co. TX.
Seventeen Thousand-Eight and 94/100

AMOUNT $ 17008.94
TRAN CODE 69
DOLLARS 69

⑆5001⑆000⑆: 120077681⑆   69

Withdrawal Amount $17,008.94 Date 7/11/2022

```
RECEIVED FROM   IF INDEPENDENT                    CHECKING WITHDRAWAL
                   FINANCIAL
                                                  ACCOUNT NUMBER
DATE 7/11/2022                                          5479
Court Order Appointing Seth Kretzer, Receiver     AMOUNT
Kipling Partners LLC - Turn over order     $      13698.40
Cause # 2020-20587; 164th DC Harris Co. TX        TRAN CODE
Thirteen Thousand Six Hundred Ninety Eight and 40/100  DOLLARS    69
```

Withdrawal Amount $13,698.40 Date 7/11/2022

**Remote Deposit** — Credit

Mt. Vernon Members LLC
MONTROSE MULTIFAMILY MEMB *481
4203 Montrose Blvd Ste 400
Houston, TX 77006
832-907-6819

Date: 7/5/2022
Items: 2
Amount: $909.50
Batch ID: 15104967469
Account ID: 510929 3474981
Acct Num: 1000946481

Deposit Amount $909.50  Date 7/5/2022

---

**INDEPENDENT FINANCIAL — CHECKING WITHDRAWAL**

RECEIVED FROM: (JP) KM
ACCOUNT NUMBER: 6481
DATE: 7/11/2022
Court Order Appointing Seth Kretzer, Receiver
Montrose Multifamily Memb - Turnover order
Cause # 2020-20587; 164th Dc Harris Co. Tx.
Forty Thousand Five Hundred Ninty Seven and 58/100 DOLLARS
AMOUNT: 40597.58
TRAN CODE: 69

:5001=000 1: 100094648 1= 69

Withdrawal Amount $40,597.58  Date 7/11/2022

**RECEIVED FROM** IF INDEPENDENT FINANCIAL  **CHECKING WITHDRAWAL**

ACCOUNT NUMBER

DATE 7/11/2022

Court order Appointing Seth Kretzer, Receiver

Mt. Vernon Members LLC - Court order Turnover  $ 13,526.80

ADDRESS Cause #2020-20587; 11th DC Harris Co. TX

Thirteen Thousand Five Hundred Twenty Six and 80/100 DOLLARS

TRAN CODE 69

1346

:5001=000 1: 100082 1346 " 69

Withdrawal Amount $13,526.80 Date 7/11/2022

**CHECKING WITHDRAWAL**

RECEIVED FROM: INDEPENDENT FINANCIAL

DATE: 7/11/2022
ACCOUNT NUMBER: 7643
Court order Appointing Seth Kretzer, Receiver
Norfolk Partners LLC - Turnover order
ADDRESS: Cause # 2020-20587; 164th DC Harris Co. Tx.
Thirteen Thousand Six Hundred Twenty Six and 45/100 DOLLARS
AMOUNT: $13,626.45
TRAN CODE: 69

Withdrawal Amount $13,626.45 Date 7/11/2022

Independent Bank
xxx1338

Page: 4 of 4
Date: 7/31/22

RECEIVED FROM **IF INDEPENDENT FINANCIAL**   CHECKING WITHDRAWAL

ACCOUNT NUMBER: 1338
DATE: 7/11/2022
Court Order Appointing Receiver Seth Kretzer
Westmoreland Partners LLC - Order Turnover   $ 17,532.47
Cause # 2020-20587 DC Harris 114th Co TX
Seventeen Thousand Five Hundred Thirty-Two $47/100   DOLLARS
TRAN CODE: 69

:50010000: 100082133811   69

Withdrawal Amount $17,532.47 Date 7/11/2022