IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON TEXAS

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Montrose Multifamily Members, LLC, *et al.*[1] | ) | Case No. 22-90323 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DLP CAPITAL'S WITNESS AND EXHIBIT LIST

DLP Capital Servicing LLC, as servicer for lender DLP Lending Fund, LLC, DLP Housing Loans, LLC, DLP Income & Growth Fund LLC, and its related entities (collectively, "DLP Capital"), files this *Witness and Exhibit List* for the first-day hearing in the above-captioned bankruptcy case, which is currently scheduled for **March 18, 2022 at 1:00 pm CT** (the "Hearing").

### WITNESSES

DLP Capital may call any of the following as a witness at the Hearing:

1. Christopher Bran, manager of the Debtors;

2. Noah Rodriguez, Mortgage Analyst of DLP Capital;

3. Any witness called or designated by any other party-in-interest; and

4. Any witness necessary to rebut the testimony of witnesses called or designated by any other party.

[*Continued to Next Page.*]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Montrose Multifamily Members II, LLC (5725); Colquitt 2008, LP (6108); Westmoreland Partners, LLC (1492); Graustark Members II, LLC (1605); Kipling Partners LLC (2339); MT Vernon Members, LLC (5014); and Norfolk Partners LLC (3182). The location of Debtor Montrose Multifamily Members, LLC's principal place of business and the Debtors' service address is 4203 Montrose Blvd., Suite 400, Houston, Texas 77006.

# EXHIBITS

DLP Capital may offer any one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1 | Declaration of Christopher Bran, Manager of Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions (the "**First Day Declaration**") [Doc. No. 15]; | | | | |
| 2 | Debtor's Emergency Motion for (I) Interim Use of Cash Collateral Pursuant to 11 U.S.C. 363(c)(1), (II) Granting Adequate Protection for the Use of Cash Collateral and (III) Scheduling a Final Hearing Pursuant to a Bankruptcy Rule 4001 as to Use of Cash Collateral (the "**Cash Collateral Motion**") [Doc. No. 16]; | | | | |
| 3 | Debtor's Proposed Budget (the "**Budget**") [Doc. No. 16-1]; | | | | |
| 4 | Debtor's Proposed *Order (I) Authorizing Interim Use of Cash Collateral Pursuant to 11 U.S.C. 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection for the Use of Cash Collateral and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash collateral* ("**Proposed Interim CC Order**") [Doc. No. 16-2]; | | | | |
| 5 | Income Statements (July 2021 to June 2022) for Kipling Partners LLC; | | | | |
| 6 | Income Statements (July 2021 to June 2022) for Graustark Members II, LLC; | | | | |
| 7 | Income Statements (July 2021 to June 2022) for MT Vernon Members, LLC; | | | | |

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 8 | Income Statements (July 2021 to June 2022) for Westmoreland Partners, LLC; | | | | |
| 9 | Income Statements (July 2021 to June 2022) for Colquitt 2008, LP; | | | | |
| 10 | Income Statements (July 2021 to June 2022) for Norfolk Partners LLC; | | | | |
| 11 | Income Statements (T-12) for Montrose Multifamily Members, LLC's ("**MMM**") Properties, located at 417 W. Main, 2301 Commonwealth, and 239 Emerson; | | | | |
| 12 | Consolidated Income Statements (Nov. 2021 to May 2022) for Montrose Multifamily Members II, LLC; | | | | |
| 13 | Copy of Arbitration Award (dated June 14, 2021), in *Spectrum MH, LLC, et al. v. Christopher Bran, et al.*, Case No. 01-20-0015-1047 (the "**Spectrum Case**"); | | | | |
| 14 | Copy of *Order Granting Plaintiffs' Motion to Confirm Arbitration Award and Final Judgment*, entered in the Spectrum Case on June 16, 2021; | | | | |
| 15 | Copy of UrbanOne Resume; | | | | |
| 16 | DLP Capital's Summary of Debtors' Income Statements (Averages of T-12 Income Statements); | | | | |
| 17 | DLP Capital's Revised Proposed Budget (the "**DLP Capital's Proposed Budget**"); | | | | |
| 18 | Copy of Kipling Partners LLC's Deed of Trust; | | | | |
| 19 | Copy of Graustark Members II, LLC's Deed of Trust; | | | | |

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 20 | Copy of MT Vernon Members, LLC's Deed of Trust; | | | | |
| 21 | Copy of Westmoreland Partners, LLC's Deed of Trust; | | | | |
| 22 | Copy of Colquitt 2008, LP's Deed of Trust; | | | | |
| 23 | Copy of Norfolk Partners LLC's Deed of Trust; | | | | |
| 24 | Copy of Multifamily Members, LLC's Deed of Trust; | | | | |
| 25 | Copy of Montrose Multifamily Members II, LLC's Deed of Trust; | | | | |
| 26 | Affidavit of Noah Rodriguez, Mortgage Analyst of DLP Capital; | | | | |
| 27 | Any exhibit necessary for impeachment and/or rebuttal; and | | | | |
| 28 | Any exhibit identified or offered by any other party. | | | | |

DLP Capital reserves the right to amend or supplement this Witness and Exhibit List any time prior to the Hearing.

[*Continued to Next Page.*]

Dated: October 18, 2022					Respectfully submitted:

                                           */s/ Lloyd A. Lim*
Lloyd A. Lim
State Bar No. 24056871
Rachel Thompson Kubanda
State Bar No. 24093258
Rachel.Kubanda@keanmiller.com
KEAN MILLER LLP
711 Louisiana Street,
South Tower, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000
Telecopier: (713) 844-3030

and

J. Eric Lockridge
State Bar No. 24013053
eric.lockridge@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone: (225) 387-0999
Telecopier: (225) 388-9133

***Counsel for DLP Capital***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on October 18, 2022, a copy of the foregoing document served to all parties entitled to receive notices through the Court's CM/ECF system.

                                       */s/ Rachel T. Kubanda*
                                       Rachel T. Kubanda