**Income Statement - Property Comparison**
Exported On: 10/04/2022 12:52 PM

| Account Name | 1423 Kipling | 1717 Norfolk | 2008 Colquitt | MMM | 3412 Graustark | 3414 Graustark | 400 Westmoreland | 4321 Mt Vernon | MMM2 |
|---|---|---|---|---|---|---|---|---|---|
| Units | 8 | 20 | 8 | 64 | 8 | 8 | 16 | 16 | 67 |
| **Operating Income & Expense** | | | | | | | | | |
|   Income | | | | | | | | | |
|     INCOME | | | | | | | | | |
|       RENTAL INCOME | | | | | | | | | |
|         Rental Income | 10,755.00 | 9,330.00 | 13,937.00 | 65,970.00 | 12,100.00 | 9,791.94 | 16,940.00 | 19,830.00 | 51,373.00 |
|         Utility Reimbursement | 439.00 | 471.62 | 488.50 | 2,575.00 | 464.00 | 354.00 | 729.00 | 917.39 | 1,677.00 |
|     **Total Operating Income** | 11,194.00 | 9,801.62 | 14,425.50 | 68,545.00 | 12,564.00 | 10,145.94 | 17,669.00 | 20,747.39 | 53,050.00 |
|     EXPENSES | | | | | | | | | |
|       Repairs & Maintenance | | | | | | | | | |
|         Materials/Supplies | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | |
|         Plumbing Service Calls | 0.00 | 0.00 | 0.00 | 465.00 | 0.00 | 0.00 | 950.00 | 0.00 | 1,200.00 |
|         Building Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 309.00 | |
|         Pool Maintenance | 0.00 | 0.00 | 0.00 | 438.42 | 0.00 | 0.00 | 0.00 | 0.00 | 454.66 |
|         Landscaping | 140.00 | 300.00 | 140.00 | 620.00 | 80.00 | 80.00 | 160.00 | 160.00 | 920.00 |
|         Pest Control | 140.73 | 140.73 | 140.73 | 573.73 | 140.73 | 140.73 | 140.73 | 140.73 | 622.19 |
|         Make Ready | 0.00 | 0.00 | 0.00 | 340.00 | 0.00 | 250.00 | 0.00 | 0.00 | |
|       **Total Repairs & Maintenance** | 380.73 | 540.73 | 380.73 | 2,537.15 | 320.73 | 570.73 | 1,350.73 | 709.73 | 3,196.85 |
|       Operating Expenses | | | | | | | | | |
|         Water | 214.07 | 2,408.40 | 186.00 | 2,329.24 | 217.80 | 217.80 | 355.00 | 380.83 | 1,971.00 |
|         Electricity | 80.41 | 1,807.15 | 111.84 | 2,077.06 | 207.44 | 267.82 | 254.93 | 187.47 | 2,189.94 |
|         Gas | 100.51 | 164.94 | 179.30 | 546.78 | 93.24 | 97.41 | 379.51 | 148.28 | 785.72 |
|         Trash Disposal | 146.18 | 112.91 | 146.18 | 712.95 | 145.98 | 145.98 | 164.69 | 247.82 | 457.29 |
|         Appliance Rental/Fees | 95.35 | 470.88 | 0.00 | 0.00 | 578.06 | 578.06 | 1,127.57 | 0.00 | 0.00 |
|         Advertising | 49.41 | 49.41 | 49.41 | 148.23 | 49.41 | 49.41 | 49.41 | 49.41 | 197.64 |
|         Leasing Software/Licenses/Fees | 174.14 | 174.14 | 174.14 | 522.42 | 174.14 | 174.14 | 174.14 | 174.14 | 696.56 |
|         Management Fees | 537.75 | 466.50 | 696.85 | 3,298.50 | 605.00 | 489.60 | 847.00 | 991.50 | 2,568.65 |
|         Maintenance Fees | 352.00 | 880.00 | 352.00 | 2,816.00 | 352.00 | 352.00 | 704.00 | 704.00 | 2,948.00 |
|         Payroll | 1,536.00 | 3,840.00 | 1,536.00 | 12,288.00 | 1,536.00 | 1,536.00 | 3,072.00 | 3,072.00 | 12,864.00 |
|         Property Taxes | 891.87 | 0.00 | 1,211.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|         Legal Fees | 2500.00 | 2500.00 | 2500.00 | 5000.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 5000.00 |
|         Office Expenses/Misc | 1,000.00 | 1,000.00 | 1,000.00 | 3,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 4,000.00 |
|         Accounting | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
|         interest Expense- DLP | 2,500.00 | 2,500.00 | 2,500.00 | 5,000.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 5,000.00 |
|           Insurance Down Payment | 1,428.00 | 1,428.00 | 1,428.00 | 4,284.00 | 1,428.00 | 1,428.00 | 1,428.00 | 1,428.00 | 5,714.00 |
|         Insurance- monthly charges | 573.56 | 1,542.51 | $765.38 | 3,285.29 | 481.37 | 481.37 | 1,274.58 | 1,026.04 | 4,736.65 |
|       **Total Operating Expenses** | 13,679.25 | 20,844.84 | 14,336.51 | 46,808.47 | 13,368.44 | 13,317.59 | 17,330.83 | 15,909.49 | 50,629.45 |
|     **Total EXPENSES** | 14,059.98 | 21,385.57 | 14,717.24 | 49,345.62 | 13,689.17 | 13,888.32 | 18,681.56 | 16,619.22 | 53,826.30 |
| **Total Income** | 11,194.00 | 9,801.62 | 14,425.50 | 68,545.00 | 12,564.00 | 10,145.94 | 17,669.00 | 20,747.39 | 53,050.00 |
| **Total Expense** | 14,059.98 | 21,385.57 | 14,717.24 | 49,345.62 | 13,689.17 | 13,888.32 | 18,681.56 | 16,619.22 | 53,826.30 |
| **Net Operating Income** | **-2,865.98** | **-11,583.95** | **-291.74** | **19,199.38** | **-1,125.17** | **-3,742.38** | **-1,012.56** | **4,128.17** | **-776.30** |

Exhibit 3