**Income Statement - 12 Month**
Exported On: 08/01/2022 12:27 PM

**UrbanOne Properties**
**Properties:** 1423 Kipling | Kipling Partners - 1423 Kipling Houston, TX 77006
**Fund Type:** All
**Period Range:** Jul 2021 to Jun 2022
**Accounting Basis:** Modified Accrual
**Level of Detail:** Detail View
**Include Zero Balance GL Accounts:** No

| Account Name | Jul 2021 | Aug 2021 | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income & Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | |
| **RENTAL INCOME** | | | | | | | | | | | | | |
| Rental Income | 10,150.00 | 11,112.58 | 10,470.00 | 10,470.00 | 10,422.00 | 12,476.50 | 10,113.67 | 11,423.30 | 10,937.42 | 9,495.00 | 11,745.00 | 10,472.67 | 129,288.14 |
| Rental Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parking | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 150.00 | 200.00 | 200.00 | 100.00 | 250.00 | 150.00 | 1,650.00 |
| Rent Concession | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Management Concession | 0.00 | 0.00 | 0.00 | -101.00 | 0.00 | -49.00 | 0.00 | -100.00 | 0.00 | 0.00 | 0.00 | 0.00 | -250.00 |
| Renewal Concession | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -755.00 | 0.00 | 0.00 | 0.00 | -755.00 |
| **Total RENTAL INCOME** | **10,250.00** | **11,212.58** | **10,570.00** | **10,469.00** | **10,522.00** | **12,527.50** | **10,263.67** | **11,523.30** | **10,382.42** | **9,595.00** | **11,995.00** | **10,622.67** | **129,933.14** |
| **EXPENSE REIMBURSEMENT** | | | | | | | | | | | | | |
| Passthru Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 | 38.00 | 19.00 | 19.00 | 9.50 | 28.50 | 19.00 | 142.50 |
| Passthru Water and Sewer | 264.34 | 280.00 | 245.00 | 245.00 | 210.00 | 210.00 | 210.00 | 245.00 | 168.23 | 210.00 | 285.00 | 245.67 | 2,818.24 |
| Passthru Water | 0.00 | 29.35 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 449.35 |
| Passthru Trash | 105.00 | 132.58 | 120.00 | 120.00 | 105.00 | 105.00 | 105.00 | 120.00 | 102.10 | 105.00 | 140.00 | 125.33 | 1,385.01 |
| **Total EXPENSE REIMBURSEMENT** | **369.34** | **441.93** | **400.00** | **400.00** | **350.00** | **359.50** | **388.00** | **419.00** | **394.33** | **359.50** | **488.50** | **425.00** | **4,795.10** |
| **OTHER INCOME** | | | | | | | | | | | | | |
| Miscellaneous Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 | 0.00 | 0.00 | 2,200.00 | 4,400.00 |
| Late Fee | 250.00 | 330.00 | 150.00 | 0.00 | 240.00 | -43.00 | 128.00 | 405.00 | 0.00 | 0.00 | 460.00 | 0.00 | 1,920.00 |
| Admin Fees | 8.00 | 7.84 | 9.00 | 8.00 | 7.00 | 7.00 | 7.00 | 8.00 | 5.81 | 5.00 | 8.00 | 6.77 | 87.42 |
| **Total OTHER INCOME** | **258.00** | **337.84** | **159.00** | **8.00** | **247.00** | **-36.00** | **135.00** | **413.00** | **2,205.81** | **5.00** | **468.00** | **2,206.77** | **6,407.42** |
| **Total INCOME** | **10,877.34** | **11,992.35** | **11,129.00** | **10,877.00** | **11,119.00** | **12,851.00** | **10,786.67** | **12,355.30** | **12,982.56** | **9,959.50** | **12,951.50** | **13,254.44** | **141,135.66** |
| Pet Fee | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 1,000.00 |
| Application Fee Income | 180.00 | 0.00 | 0.00 | 45.00 | -45.00 | 180.00 | 180.00 | 45.00 | 135.00 | 90.00 | 110.00 | 0.00 | 920.00 |
| **Total Operating Income** | **11,557.34** | **11,992.35** | **11,129.00** | **10,922.00** | **11,074.00** | **13,031.00** | **10,966.67** | **12,400.30** | **13,117.56** | **10,049.50** | **13,561.50** | **13,254.44** | **143,055.66** |
| **Expense** | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| **Repairs & Maintenance** | | | | | | | | | | | | | |
| Pest Control | 0.00 | 0.00 | 264.95 | 0.00 | 111.52 | 0.00 | 64.95 | 0.00 | 64.95 | 111.52 | 0.00 | 64.95 | 682.84 |
| Appliance Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.89 | 37.89 | 37.89 | 0.00 | 113.67 |
| Roof Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Landscaping | 45.00 | 160.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 73.50 | 1,088.50 |
| Plumbing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Building Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Make Ready | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 263.93 | 500.00 | 0.00 | 763.93 |
| **Total Repairs & Maintenance** | **45.00** | **160.00** | **354.95** | **90.00** | **201.52** | **90.00** | **154.95** | **90.00** | **192.84** | **503.34** | **627.89** | **138.45** | **2,648.94** |
| **Operating Expenses** | | | | | | | | | | | | | |
| Electricity | -4.36 | 24.66 | 45.43 | 29.92 | 35.56 | -402.90 | 0.00 | 34.28 | 63.18 | 116.31 | 124.45 | 0.00 | 66.53 |
| Gas | 51.73 | 50.48 | 100.96 | 173.80 | 54.38 | 54.38 | 0.00 | 0.00 | 0.00 | 68.78 | 65.85 | 63.05 | 683.41 |
| Water | 0.00 | 455.68 | 0.00 | 191.00 | 185.00 | 190.00 | 190.43 | 191.72 | 177.58 | 169.55 | 184.51 | 0.00 | 1,935.47 |
| W/D Rental | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Trash | 115.00 | 247.86 | 172.83 | 114.41 | 105.12 | -130.14 | 183.54 | 115.00 | 80.16 | 78.42 | 78.42 | 0.00 | 1,160.62 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 64.00 | 0.00 | 0.00 | 0.00 | 0.00 | 97.50 | 0.00 | 161.50 |
| **Total Operating Expenses** | **162.37** | **778.68** | **319.22** | **509.13** | **380.06** | **-224.66** | **373.97** | **341.00** | **320.92** | **530.56** | **453.23** | **63.05** | **4,007.53** |
| **General and Administrative Expenses** | | | | | | | | | | | | | |
| Maintenance Fees | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 2,112.00 |
| Management Fees | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 419.43 | 430.00 | 477.98 | 524.70 | 516.87 | 825.00 | 360.00 | 5,703.98 |
| Payroll | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 2,208.00 |
| Referral Fees | 0.00 | 0.00 | 721.22 | 0.00 | 0.00 | -495.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 352.00 | 578.22 |
| Legal and Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 573.56 | 573.56 | 0.00 | 5,197.12 |
| Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,665.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,665.12 |
| **Total General and Administrative Expenses** | **1,240.00** | **1,240.00** | **1,961.22** | **1,240.00** | **1,240.00** | **20,399.55** | **1,240.00** | **1,287.98** | **1,334.70** | **1,450.43** | **1,758.56** | **1,072.00** | **35,464.44** |
| **Total Operating Expense** | **1,447.37** | **2,178.68** | **2,635.39** | **1,839.13** | **1,821.58** | **20,264.89** | **1,768.92** | **1,718.98** | **1,848.46** | **2,484.33** | **2,839.68** | **1,273.50** | **42,120.91** |
| **NOI - Net Operating Income** | **10,109.97** | **9,813.67** | **8,493.61** | **9,082.87** | **9,252.42** | **-7,233.89** | **9,197.75** | **10,681.32** | **11,269.10** | **7,565.17** | **10,721.82** | **11,980.94** | **100,934.75** |

Exhibit 5