## Income Statement - 12 Month

**Exported On:** 08/01/2022 02:12 PM

**UrbanOne Properties**
**Properties:** 4321 Mt Vernon - 4321 Mt Vernon Houston, TX 77006
**Fund Type:** All
**Period Range:** Jul 2021 to Jun 2022
**Accounting Basis:** Modified Accrual
**Level of Detail:** Detail View
**Include Zero Balance GL Accounts:** No

| Account Name | Jul 2021 | Aug 2021 | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income & Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | |
| **RENTAL INCOME** | | | | | | | | | | | | | |
| Rental Income | 19,686.19 | 20,475.00 | 20,805.00 | 20,585.00 | 20,295.00 | 21,032.00 | 19,400.00 | 19,644.29 | 21,516.83 | 21,880.00 | 20,630.00 | 20,630.00 | 246,579.31 |
| Gross Potential Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 0.00 | 0.00 | 1,369.23 | 0.00 | 5,898.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,267.54 |
| Parking | 235.00 | 205.00 | 235.00 | 235.00 | 175.00 | 205.00 | 175.00 | 171.79 | 145.00 | 175.00 | 205.00 | 205.00 | 2,366.79 |
| Rent Concession | 0.00 | -1,503.85 | 0.00 | 0.00 | -500.00 | 0.00 | 0.00 | -500.00 | -360.66 | -639.34 | 0.00 | 0.00 | -3,503.85 |
| Management Concession | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 | -50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -100.00 |
| Renewal Concession | 0.00 | 0.00 | 0.00 | -250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -250.00 |
| **Total RENTAL INCOME** | 19,921.19 | 19,176.15 | 22,409.23 | 20,570.00 | 25,868.31 | 21,187.00 | 19,525.00 | 19,316.08 | 21,301.17 | 21,415.66 | 20,835.00 | 20,835.00 | 252,359.79 |
| **EXPENSE REIMBURSEMENT** | | | | | | | | | | | | | |
| Passthru Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 | 28.50 | 19.00 | 19.00 | 19.00 | 19.00 | 19.00 | 133.00 |
| Passthru Water and Sewer | 350.00 | 310.00 | 315.00 | 315.00 | 275.33 | 280.00 | 250.00 | 272.50 | 351.25 | 315.00 | 315.00 | 315.00 | 3,664.08 |
| Passthru Water | 200.97 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 2,895.97 |
| Passthru Trash | 236.13 | 225.00 | 240.00 | 240.00 | 223.00 | 225.00 | 225.00 | 221.79 | 255.54 | 240.00 | 240.00 | 240.00 | 2,811.46 |
| **Total EXPENSE REIMBURSEMENT** | 787.10 | 780.00 | 800.00 | 800.00 | 743.33 | 759.50 | 748.50 | 758.29 | 870.79 | 819.00 | 819.00 | 819.00 | 9,504.51 |
| **OTHER INCOME** | | | | | | | | | | | | | |
| Move Out Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Admin Fees | 13.74 | 14.00 | 14.00 | 15.00 | 13.00 | 14.00 | 13.00 | 13.79 | 16.04 | 15.00 | 15.00 | 15.00 | 171.57 |
| **Total OTHER INCOME** | 13.74 | 14.00 | 14.00 | 15.00 | 13.00 | 14.00 | 13.00 | 13.79 | 16.04 | 15.00 | 15.00 | 15.00 | 171.57 |
| **Total INCOME** | 20,722.03 | 19,970.15 | 23,223.23 | 21,385.00 | 26,624.64 | 21,960.50 | 20,286.50 | 20,088.16 | 22,188.00 | 22,249.66 | 21,669.00 | 21,669.00 | 262,035.87 |
| Pet Fee | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Application Fee Income | 45.00 | 0.00 | 45.00 | 90.00 | 0.00 | 0.00 | 0.00 | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 855.00 |
| Month-to-Month Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 130.00 |
| **Total Operating Income** | 21,017.03 | 19,970.15 | 23,268.23 | 21,475.00 | 26,624.64 | 21,960.50 | 20,286.50 | 20,563.16 | 22,188.00 | 22,249.66 | 21,669.00 | 21,724.00 | 263,520.87 |
| **Expense** | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| **Repairs & Maintenance** | | | | | | | | | | | | | |
| Painting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pest Control | 0.00 | 0.00 | 329.90 | 0.00 | 171.25 | 0.00 | 0.00 | 0.00 | 0.00 | 171.25 | 0.00 | 129.90 | 802.30 |
| Key Access | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Landscaping | 180.00 | 160.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 105.00 | 2,065.00 |
| W/O Repair & Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.13 |
| Electrical Repair | 57.45 | 0.00 | 0.00 | 14.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.06 |
| Plumbing | 0.00 | 9.73 | 14.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 287.88 | 311.67 |
| Building Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.23 | 282.24 | 0.00 | 329.47 |
| Make Ready | 250.00 | 100.00 | 38.02 | 0.00 | 150.00 | -60.00 | 0.00 | 0.00 | 0.00 | 120.00 | 0.00 | 30.00 | 628.02 |
| **Total Repairs & Maintenance** | 487.45 | 269.73 | 561.98 | 194.61 | 501.25 | 135.13 | 180.00 | 180.00 | 180.00 | 518.48 | 462.24 | 552.78 | 4,223.65 |
| **Operating Expenses** | | | | | | | | | | | | | |
| Electricity | 124.84 | 165.78 | 124.84 | 79.67 | 125.00 | -277.11 | 125.00 | 133.61 | 125.00 | 65.85 | 95.29 | 0.00 | 887.77 |
| Gas | 0.88 | 80.65 | 83.77 | 90.81 | 88.46 | 34.35 | 97.15 | 111.16 | 117.69 | 119.80 | 109.29 | 98.09 | 1,032.10 |
| Water | 477.00 | 494.00 | 430.00 | 0.00 | 410.00 | 417.00 | 430.00 | 500.00 | 408.00 | 429.70 | 0.00 | 0.00 | 3,995.70 |
| Trash Disposal | 981.57 | 143.63 | 47.06 | 483.73 | 178.21 | -810.42 | 178.21 | 359.33 | 2.91 | 0.00 | 0.00 | 0.00 | 1,564.23 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.16 | 0.00 | 0.00 | 0.00 | 165.27 | 0.00 | 0.00 | 275.43 |
| Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Operating Expenses** | 1,584.29 | 884.06 | 685.67 | 654.21 | 801.67 | -526.02 | 830.36 | 1,104.10 | 653.60 | 780.62 | 204.58 | 98.09 | 7,755.23 |
| **General and Administrative Expenses** | | | | | | | | | | | | | |
| Maintenance Fees | 352.00 | 352.00 | 352.00 | 352.00 | 352.00 | 352.00 | 352.00 | 352.00 | 352.00 | 352.00 | 352.00 | 352.00 | 4,224.00 |
| Management Fees | 961.25 | 830.00 | 831.00 | 820.00 | 815.00 | 804.00 | 806.00 | 867.50 | 950.71 | 1,044.34 | 825.00 | 1,031.50 | 10,586.30 |
| Payroll | 368.00 | 368.00 | 368.00 | 368.00 | 368.00 | 368.00 | 368.00 | 368.00 | 368.00 | 368.00 | 368.00 | 368.00 | 4,416.00 |
| Legal and Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 1,026.04 | 1,026.04 | 900.00 | 11,052.08 |
| **Total General and Administrative Expenses** | 2,581.25 | 2,450.00 | 2,451.00 | 2,440.00 | 2,435.00 | 2,424.00 | 2,426.00 | 2,487.50 | 2,570.71 | 2,790.38 | 2,571.04 | 2,651.50 | 30,278.38 |
| **Total EXPENSES** | 4,652.99 | 3,603.79 | 3,698.65 | 3,288.82 | 3,737.92 | 2,033.11 | 3,436.36 | 3,771.60 | 3,404.31 | 4,089.48 | 3,237.86 | 3,302.37 | 42,257.26 |
| Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31,976.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31,976.00 |
| **Total Operating Expense** | 4,652.99 | 3,603.79 | 3,698.65 | 3,288.82 | 3,737.92 | 34,009.11 | 3,436.36 | 3,771.60 | 3,404.31 | 4,089.48 | 3,237.86 | 3,302.37 | 74,233.26 |
| **NOI - Net Operating Income** | 16,364.04 | 16,366.36 | 19,569.58 | 18,186.18 | 22,886.72 | -12,048.61 | 16,850.14 | 16,791.56 | 18,783.69 | 18,160.18 | 18,431.14 | 18,421.63 | 189,287.61 |

Exhibit 7