**Income Statement - 12 Month**
Exported On: 08/01/2022 02:54 PM

**UrbanOne Properties**
**Properties:** 2008 Colquitt - 2008 Colquitt Houston, TX 77098
**Fund Type:** All
**Period Range:** Jul 2021 to Jun 2022
**Accounting Basis:** Modified Accrual
**Level of Detail:** Detail View
**Include Zero Balance GL Accounts:** No

| Account Name | Jul 2021 | Aug 2021 | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income & Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | |
| **RENTAL INCOME** | | | | | | | | | | | | | |
| Rental Income | 12,750.00 | 12,365.94 | 12,295.00 | 12,790.00 | 12,790.00 | 12,790.00 | 13,110.00 | 13,110.00 | 13,110.00 | 13,110.00 | 10,710.00 | 11,647.00 | 150,577.94 |
| Gross Potential Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parking | 0.00 | 0.00 | 100.00 | 200.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 1,500.00 |
| Rent Concession | 0.00 | -225.94 | -774.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,000.00 |
| Loss/Gain to Lease | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Less- Vacancy | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total RENTAL INCOME** | **12,750.00** | **12,140.00** | **11,620.94** | **12,990.00** | **12,940.00** | **12,940.00** | **13,260.00** | **13,260.00** | **13,260.00** | **13,260.00** | **10,860.00** | **11,797.00** | **151,077.94** |
| **EXPENSE REIMBURSEMENT** | | | | | | | | | | | | | |
| Passthru Insurance | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 85.50 | 47.50 | 38.00 | 38.00 | 38.00 | 47.50 | 351.50 |
| Passthru Water and Sewer | 210.00 | 245.00 | 249.52 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 245.00 | 210.00 | 210.00 | 250.00 | 3,019.52 |
| Passthru Water | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| Passthru Trash | 120.00 | 105.00 | 106.94 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 105.00 | 90.00 | 90.00 | 110.00 | 1,326.94 |
| **Total EXPENSE REIMBURSEMENT** | **409.50** | **359.50** | **365.96** | **409.50** | **409.50** | **409.50** | **485.50** | **447.50** | **388.00** | **338.00** | **338.00** | **407.50** | **4,767.96** |
| **OTHER INCOME** | | | | | | | | | | | | | |
| Move Out Charges | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| Miscellaneous Income | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 150.00 |
| Admin Fees | 5.00 | 5.00 | 9.13 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 7.00 | 6.00 | 6.00 | 7.00 | 85.13 |
| **Total OTHER INCOME** | **5.00** | **5.00** | **9.13** | **133.00** | **8.00** | **8.00** | **8.00** | **8.00** | **7.00** | **6.00** | **106.00** | **7.00** | **310.13** |
| **Total INCOME** | **13,164.50** | **12,504.50** | **11,996.03** | **13,532.50** | **13,357.50** | **13,357.50** | **13,753.50** | **13,715.50** | **13,655.00** | **13,604.00** | **11,304.00** | **12,211.50** | **156,156.03** |
| Pet Fee | 250.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 | 0.00 | 1,750.00 |
| Application Fee Income | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 110.00 | 50.00 | 390.00 |
| **Total Operating Income** | **13,594.50** | **12,504.50** | **12,496.03** | **13,532.50** | **13,357.50** | **13,357.50** | **13,753.50** | **13,715.50** | **13,655.00** | **14,154.00** | **11,914.00** | **12,261.50** | **158,296.03** |
| **Expense** | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| **Repairs & Maintenance** | | | | | | | | | | | | | |
| Pest Control | 0.00 | 0.00 | 115.00 | 0.00 | 111.52 | -54.12 | 0.00 | 0.00 | 0.00 | 111.52 | 0.00 | 0.00 | 283.92 |
| Landscaping | 45.00 | 160.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 73.50 | 1,088.50 |
| Plumbing | 0.00 | 0.00 | 105.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 105.00 |
| Building Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 584.47 | 0.00 | 584.47 |
| Gate Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| HVAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.04 | 0.00 | 0.00 | 0.00 | 0.00 | 40.04 |
| Make Ready | 0.00 | 200.00 | 232.63 | 450.00 | 0.00 | -450.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 632.63 |
| **Total Repairs & Maintenance** | **45.00** | **360.00** | **542.63** | **540.00** | **201.52** | **-414.12** | **90.00** | **430.04** | **290.00** | **201.52** | **674.47** | **73.50** | **3,034.56** |
| **Operating Expenses** | | | | | | | | | | | | | |
| Security Monitoring | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.99 | 29.99 | 0.00 | 59.98 |
| Electricity | 90.00 | 70.00 | 70.91 | 15.56 | 25.00 | 20.31 | 19.51 | 30.29 | 19.51 | 0.00 | 102.15 | 0.00 | 463.24 |
| Gas | 77.91 | 91.93 | 171.34 | 177.60 | 96.63 | -76.24 | 111.76 | 117.25 | 115.40 | 240.38 | 210.26 | 107.00 | 1,441.22 |
| Water | 0.00 | 0.00 | 0.00 | 0.00 | 1,380.53 | 0.00 | 761.18 | 0.00 | 191.19 | 129.62 | 120.75 | 0.00 | 2,583.27 |
| W/D Rental | 526.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 526.43 |
| Trash Disposal | 516.82 | 84.72 | 94.41 | 188.82 | 0.00 | -146.13 | 105.12 | 211.98 | 1.74 | 0.00 | 0.00 | 0.00 | 1,057.48 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 64.00 | 0.00 | 0.00 | 0.00 | 97.50 | 0.00 | 0.00 | 161.50 |
| **Total Operating Expenses** | **1,210.84** | **246.65** | **336.66** | **381.98** | **1,502.16** | **-137.74** | **997.57** | **359.52** | **327.84** | **497.49** | **463.15** | **107.00** | **6,293.12** |
| **General and Administrative Expenses** | | | | | | | | | | | | | |
| Maintenance Fees | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 176.00 | 2,112.00 |
| Management Fees | 637.50 | 506.00 | 576.00 | 561.00 | 561.00 | -149.35 | 590.00 | 549.67 | 640.50 | 560.50 | 825.00 | 485.50 | 6,343.32 |
| Payroll | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 184.00 | 2,208.00 |
| Commission | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Referral Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leasing Software | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -90.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -90.93 |
| Legal and Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.09 | 0.00 | 0.00 | 1,007.09 |
| Property Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,710.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,710.00 |
| Insurance | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 765.38 | 765.38 | 5,580.76 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.48 | 0.00 | 0.00 | 20.48 |
| **Total General and Administrative Expenses** | **1,447.50** | **1,316.00** | **1,386.00** | **1,371.00** | **1,371.00** | **27,279.72** | **1,400.00** | **1,359.67** | **1,470.98** | **3,044.97** | **2,715.38** | **1,197.50** | **43,890.72** |
| **Total Operating Expense** | **2,703.34** | **1,922.65** | **2,265.29** | **2,292.98** | **3,074.68** | **26,727.86** | **2,487.57** | **2,149.23** | **2,088.82** | **3,743.98** | **3,853.00** | **1,378.00** | **53,218.40** |
| **NOI - Net Operating Income** | **10,891.16** | **10,581.85** | **10,230.74** | **11,239.52** | **10,282.82** | **-13,370.36** | **11,265.93** | **11,566.27** | **11,566.18** | **10,410.02** | **8,061.00** | **10,883.50** | **105,077.63** |

Exhibit 9