**Income Statement - 12 Month**
Exported On: 09/14/2022 10:25 AM

**UrbanOne Properties**
**Properties:** 417 W Main - 417 W Main Houston, TX 77006
**Fund Type:** All
**Period Range:** Sep 2021 to Aug 2022 (Trailing 12 Months)
**Accounting Basis:** Cash
**Level of Detail:** Detail View
**Include Zero Balance GL Accounts:** No

| Account Name | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income & Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | |
| **RENTAL INCOME** | | | | | | | | | | | | | |
| Rental Income | 7,103.33 | 7,100.00 | 6,800.00 | 7,750.00 | 10,291.00 | 14,207.66 | 14,791.00 | 15,256.00 | 15,951.00 | 15,791.00 | 16,905.00 | 16,090.32 | 148,036.31 |
| Rental Income | 0.00 | 0.00 | 0.00 | 1,450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,450.00 |
| Rent Concession | -1,400.93 | 0.00 | 0.00 | -1,650.00 | -1,450.00 | -2,468.49 | -131.51 | -1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | -8,100.93 |
| Management Concession | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -290.00 | -290.00 | -1,662.00 | -412.00 | -339.00 | -441.00 | -3,434.00 |
| Renewal Concession | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -250.00 | -250.00 |
| **Total RENTAL INCOME** | **5,702.40** | **7,100.00** | **6,800.00** | **7,550.00** | **8,841.00** | **11,739.17** | **14,369.49** | **13,966.00** | **14,289.00** | **15,379.00** | **16,566.00** | **15,399.32** | **137,701.38** |
| **EXPENSE REIMBURSEMENT** | | | | | | | | | | | | | |
| Passthru Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 38.00 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 104.50 |
| Passthru Water and Sewer | 207.67 | 210.00 | 175.00 | 210.00 | 359.03 | 316.25 | 401.50 | 340.00 | 410.00 | 418.50 | 485.00 | 454.68 | 3,987.63 |
| Passthru Trash | 89.00 | 90.00 | 75.00 | 90.00 | 153.87 | 135.54 | 180.00 | 150.00 | 180.00 | 180.00 | 215.00 | 209.84 | 1,748.25 |
| **Total EXPENSE REIMBURSEMENT** | **296.67** | **300.00** | **250.00** | **300.00** | **550.90** | **461.29** | **591.00** | **499.50** | **599.50** | **608.00** | **709.50** | **674.02** | **5,840.38** |
| **OTHER INCOME** | | | | | | | | | | | | | |
| Late Fee | 50.00 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | 290.00 | 200.00 | 50.00 | 610.00 |
| NSF Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 0.00 | 35.00 | 35.00 | 140.00 |
| Admin Fees | 3.93 | 4.00 | 4.00 | 5.00 | 8.26 | 8.04 | 9.00 | 10.00 | 12.00 | 12.00 | 10.00 | 11.74 | 97.97 |
| **Total OTHER INCOME** | **53.93** | **4.00** | **4.00** | **5.00** | **18.26** | **8.04** | **9.00** | **10.00** | **92.00** | **302.00** | **245.00** | **96.74** | **847.97** |
| **Total INCOME** | **6,053.00** | **7,404.00** | **7,054.00** | **7,855.00** | **9,410.16** | **12,208.50** | **14,969.49** | **14,475.50** | **14,980.50** | **16,289.00** | **17,520.50** | **16,170.08** | **144,389.73** |
| Pet Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| Application Fee Income | 90.00 | 45.00 | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 | 235.00 |
| **Total Operating Income** | **6,143.00** | **7,449.00** | **7,099.00** | **7,855.00** | **9,410.16** | **12,208.50** | **14,969.49** | **14,475.50** | **14,980.50** | **16,289.00** | **17,575.50** | **16,420.08** | **144,874.73** |
| **Expense** | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| **Repairs & Maintenance** | | | | | | | | | | | | | |
| Pest Control | 0.00 | 155.90 | 0.00 | 140.95 | 0.00 | 0.00 | 0.00 | 0.00 | 140.95 | 0.00 | 129.50 | 0.00 | 567.30 |
| Key Access | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.00 | -25.00 | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 |
| Landscaping | 0.00 | 0.00 | 195.00 | 195.00 | 585.00 | 563.31 | 195.00 | 377.00 | 346.67 | 182.00 | 0.00 | 0.00 | 2,638.98 |
| Plumbing | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 336.00 | 0.00 | 0.00 | 0.00 | 836.00 |
| Windows | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 330.00 |
| Make Ready | -580.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -580.00 |
| **Total Repairs & Maintenance** | **-580.00** | **155.90** | **195.00** | **835.95** | **765.00** | **563.31** | **170.00** | **502.00** | **823.62** | **182.00** | **129.50** | **0.00** | **3,742.28** |
| **Operating Expenses** | | | | | | | | | | | | | |
| Electricity | -442.71 | 0.00 | 131.57 | 118.84 | 146.08 | 355.84 | 248.50 | 174.86 | 98.02 | 115.32 | 152.69 | 187.43 | 1,286.44 |
| Gas | -45.42 | 25.47 | 25.47 | 25.47 | 276.32 | 185.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.10 | 521.22 |
| Water | 172.54 | 0.00 | 180.54 | 90.27 | 0.00 | 229.14 | 183.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 856.34 |
| Trash Disposal | -395.26 | 0.00 | 0.00 | 316.62 | 0.00 | 117.52 | 0.00 | 0.00 | 367.32 | 343.11 | 0.00 | 194.24 | 943.55 |
| **Total Operating Expenses** | **-710.85** | **25.47** | **337.58** | **551.20** | **422.40** | **888.31** | **432.35** | **174.86** | **465.34** | **458.43** | **152.69** | **409.77** | **3,607.55** |
| **General and Administrative Expenses** | | | | | | | | | | | | | |
| Maintenance Fees | 0.00 | 0.00 | 0.00 | 0.00 | 540.00 | 540.00 | 540.00 | 540.00 | 0.00 | 540.00 | 0.00 | 0.00 | 2,700.00 |
| Management Fees | 712.67 | 0.00 | 0.00 | 0.00 | 424.75 | 556.21 | 763.55 | 739.55 | 750.00 | 847.55 | 0.00 | 0.00 | 4,794.28 |
| Payroll | 0.00 | 0.00 | 0.00 | 0.00 | 287.00 | 528.00 | 528.00 | 528.00 | 0.00 | 528.00 | 0.00 | 350.00 | 2,749.00 |
| Insurance | 692.22 | 692.22 | 692.22 | 692.22 | 803.33 | 692.22 | 692.22 | 692.22 | 692.00 | 0.00 | 0.00 | 0.00 | 6,340.87 |
| **Total General and Administrative Expenses** | **1,404.89** | **692.22** | **692.22** | **692.22** | **2,055.08** | **2,316.43** | **2,523.77** | **2,499.77** | **1,442.00** | **1,915.55** | **0.00** | **350.00** | **16,584.15** |
| **Total EXPENSES** | **114.04** | **873.59** | **1,224.80** | **2,079.37** | **3,242.48** | **3,768.05** | **3,126.12** | **3,176.63** | **2,730.96** | **2,555.98** | **282.19** | **759.77** | **23,933.98** |
| **NOI - Net Operating Income** | **6,028.96** | **6,575.41** | **5,874.20** | **5,775.63** | **6,167.68** | **8,440.45** | **11,843.37** | **11,298.87** | **12,249.54** | **13,733.02** | **17,293.31** | **15,660.31** | **120,940.75** |

Exhibit 11 (MMM)

# Income Statement - 12 Month

**Exported On:** 09/14/2022 10:26 AM

**UrbanOne Properties**
**Properties:** 2301 Commonwealth - 2301 Commonwealth Houston, TX 77006
**Fund Type:** All
**Period Range:** Sep 2021 to Aug 2022 (Trailing 12 Months)
**Accounting Basis:** Cash
**Level of Detail:** Detail View
**Include Zero Balance GL Accounts:** No

| Account Name | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income & Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | |
| **RENTAL INCOME** | | | | | | | | | | | | | |
| Rental Income | 15,559.96 | 18,907.29 | 22,744.00 | 36,809.86 | 31,541.00 | 27,756.57 | 34,745.68 | 30,305.00 | 29,394.00 | 33,054.00 | 29,685.00 | 33,675.00 | 344,177.36 |
| Parking | 0.00 | 150.00 | 150.00 | 175.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 150.00 | 150.00 | 180.00 | 1,580.00 |
| Rent Concession | -1,650.00 | -771.15 | -4,267.68 | -8,491.17 | -935.00 | 0.00 | -489.68 | -1,350.32 | -250.00 | 0.00 | -1,380.00 | -60.00 | -19,645.00 |
| Management Concession | 0.00 | -400.00 | -400.00 | -400.00 | -1,700.00 | -1,650.00 | -1,650.00 | -1,650.00 | -1,650.00 | -1,900.00 | -1,724.00 | -1,751.00 | -14,875.00 |
| Renewal Concession | 0.00 | 0.00 | 0.00 | 0.00 | -675.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -675.00 |
| **Total RENTAL INCOME** | **13,909.96** | **17,886.14** | **18,226.32** | **28,093.69** | **28,356.00** | **26,231.57** | **32,731.00** | **27,429.68** | **27,619.00** | **31,304.00** | **26,731.00** | **32,044.00** | **310,562.36** |
| **EXPENSE REIMBURSEMENT** | | | | | | | | | | | | | |
| Passthru Insurance | 0.00 | 0.00 | 0.00 | 47.50 | 66.50 | 38.00 | 28.50 | 28.50 | 28.50 | 28.50 | 28.50 | 28.50 | 323.00 |
| Passthru Water and Sewer | 428.17 | 426.77 | 586.65 | 870.55 | 735.00 | 745.00 | 945.00 | 770.00 | 770.00 | 891.00 | 736.00 | 974.00 | 8,878.14 |
| Passthru Trash | 168.50 | 167.90 | 236.42 | 357.98 | 300.00 | 304.29 | 390.00 | 315.00 | 315.00 | 360.00 | 300.00 | 355.00 | 3,570.09 |
| **Total EXPENSE REIMBURSEMENT** | **596.67** | **594.67** | **823.07** | **1,276.03** | **1,101.50** | **1,087.29** | **1,363.50** | **1,113.50** | **1,113.50** | **1,279.50** | **1,064.50** | **1,357.50** | **12,771.23** |
| **OTHER INCOME** | | | | | | | | | | | | | |
| Miscellaneous Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,329.00 | 1,329.00 |
| Late Fee | 0.00 | 0.00 | 100.00 | 100.00 | 300.00 | 450.00 | 810.00 | 240.00 | 582.00 | 846.00 | 437.00 | 261.00 | 4,126.00 |
| NSF Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 | 70.00 | 0.00 | 0.00 | 170.00 |
| Admin Fees | 11.23 | 11.19 | 12.76 | 22.81 | 20.00 | 21.29 | 24.00 | 21.00 | 21.00 | 24.27 | 20.00 | 25.00 | 234.55 |
| **Total OTHER INCOME** | **11.23** | **11.19** | **112.76** | **122.81** | **320.00** | **471.29** | **834.00** | **311.00** | **653.00** | **940.27** | **457.00** | **1,615.00** | **5,859.55** |
| **Total INCOME** | **14,517.86** | **18,492.00** | **19,162.15** | **29,492.53** | **29,777.50** | **27,790.15** | **34,928.50** | **28,854.18** | **29,385.50** | **33,523.77** | **28,252.50** | **35,016.50** | **329,193.14** |
| Pet Fee | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 500.00 |
| Application Fee Income | 90.00 | 315.00 | 315.00 | 45.00 | 45.00 | 0.00 | 0.00 | 0.00 | 110.00 | 0.00 | 0.00 | 0.00 | 920.00 |
| Month-to-Month Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 135.00 | 135.00 |
| **Total Operating Income** | **14,607.86** | **18,807.00** | **19,727.15** | **29,537.53** | **29,822.50** | **27,790.15** | **34,928.50** | **28,854.18** | **29,495.50** | **33,773.77** | **28,252.50** | **35,151.50** | **330,748.14** |
| **Expense** | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| **Repairs & Maintenance** | | | | | | | | | | | | | |
| Pest Control | 0.00 | 64.95 | 0.00 | 231.86 | 0.00 | 0.00 | 146.15 | 0.00 | 0.00 | 250.80 | 0.00 | 0.00 | 693.76 |
| Key Access | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.00 |
| Roof Repair | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| Landscaping | 0.00 | 0.00 | 173.33 | 173.33 | 519.94 | 519.98 | 173.33 | 173.33 | 693.27 | 159.25 | 0.00 | 0.00 | 2,585.76 |
| Electrical Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| Plumbing | 0.00 | 0.00 | 687.00 | 0.00 | -125.00 | 0.00 | 0.00 | 0.00 | 300.00 | 667.89 | 0.00 | 0.00 | 1,529.89 |
| Gate Repair | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| HVAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| Pool Maintenance | -178.61 | 286.22 | 378.00 | 368.06 | 651.00 | 184.03 | 0.00 | 0.00 | 454.66 | 227.33 | 0.00 | 0.00 | 2,370.69 |
| Make Ready | -120.00 | 0.00 | 830.00 | 500.00 | -235.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 1,925.00 |
| **Total Repairs & Maintenance** | **-298.61** | **651.17** | **2,068.33** | **1,273.25** | **1,060.94** | **704.01** | **894.48** | **148.33** | **1,447.93** | **1,305.27** | **0.00** | **750.00** | **10,005.10** |
| **Operating Expenses** | | | | | | | | | | | | | |
| Electricity | -435.07 | 0.00 | 529.99 | 503.39 | 269.35 | 425.34 | 189.79 | 224.95 | 595.78 | 250.71 | 291.58 | 332.16 | 3,177.97 |
| Gas | -155.90 | 149.80 | 228.06 | 595.85 | 1,002.63 | 743.24 | 254.63 | 249.19 | 393.52 | 173.39 | 0.00 | 152.46 | 3,786.87 |
| Water | 2,402.91 | 0.00 | 553.37 | 913.17 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,369.45 |
| Trash Disposal | -292.43 | -15.00 | -15.00 | 248.74 | -15.00 | 396.20 | -15.00 | -15.00 | 433.90 | 270.77 | -15.00 | 145.12 | 1,112.30 |
| **Total Operating Expenses** | **1,519.51** | **134.80** | **1,296.42** | **2,261.15** | **1,256.98** | **3,064.78** | **429.42** | **459.14** | **1,423.20** | **694.87** | **276.58** | **629.74** | **13,446.59** |
| **General and Administrative Expenses** | | | | | | | | | | | | | |
| Maintenance Fees | 0.00 | 0.00 | 0.00 | 0.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 0.00 | 1,080.00 | 0.00 | 0.00 | 5,400.00 |
| Management Fees | 1,483.97 | 0.00 | 0.00 | 0.00 | 1,577.05 | 1,001.18 | 1,387.83 | 1,737.28 | 3,150.00 | 1,469.70 | 0.00 | 0.00 | 11,807.01 |
| Payroll | 0.00 | 0.00 | 0.00 | 0.00 | 837.68 | 1,056.00 | 1,056.00 | 1,056.00 | 0.00 | 1,056.00 | 0.00 | 0.00 | 5,061.68 |
| Referral Fees | 0.00 | 0.00 | 645.00 | 645.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| Insurance | 1,167.90 | 1,167.90 | 1,167.90 | 1,167.90 | 1,583.05 | 1,167.91 | 1,167.91 | 1,167.90 | 2,593.07 | 0.00 | 0.00 | 0.00 | 12,351.44 |
| **Total General and Administrative Expenses** | **2,651.87** | **1,167.90** | **1,812.90** | **1,812.90** | **5,077.78** | **4,305.09** | **4,691.74** | **5,041.18** | **5,743.07** | **3,605.70** | **0.00** | **0.00** | **35,910.13** |
| **Total EXPENSES** | **3,872.77** | **1,953.87** | **5,177.65** | **5,347.30** | **7,395.70** | **8,073.88** | **6,015.64** | **5,648.65** | **8,614.20** | **5,605.84** | **276.58** | **1,379.74** | **59,361.82** |
| **NOI - Net Operating Income** | **10,735.09** | **16,853.13** | **14,549.50** | **24,190.23** | **22,426.80** | **19,716.27** | **28,912.86** | **23,205.53** | **20,881.30** | **28,167.93** | **27,975.92** | **33,771.76** | **271,386.32** |

## Income Statement - 12 Month

**Exported On:** 09/14/2022 10:26 AM

**UrbanOne Properties**
**Properties:** 239 Emerson - 239 Emerson Houston, TX 77006
**Fund Type:** All
**Period Range:** Sep 2021 to Aug 2022 (Trailing 12 Months)
**Accounting Basis:** Cash
**Level of Detail:** Detail View
**Include Zero Balance GL Accounts:** No

| Account Name | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income & Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | |
| **RENTAL INCOME** | | | | | | | | | | | | | |
| Rental Income | 8,495.00 | 6,845.00 | 10,145.00 | 8,495.00 | 8,495.00 | 8,495.00 | 8,495.00 | 12,390.01 | 13,903.99 | 15,349.67 | 16,551.65 | 20,535.00 | 138,195.32 |
| Parking | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 30.00 | 60.00 |
| Rent Concession | -500.00 | -500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,100.00 | -1,550.00 | -2,354.67 | 0.00 | -2,980.00 | -10,984.67 |
| Management Concession | -1,650.00 | 0.00 | -3,300.00 | -1,650.00 | -1,650.00 | -1,650.00 | -1,650.00 | -1,470.00 | -300.00 | 0.00 | 0.00 | -2,560.00 | -15,880.00 |
| Renewal Concession | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -825.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -825.00 |
| **Total RENTAL INCOME** | **6,345.00** | **6,345.00** | **6,845.00** | **6,845.00** | **6,845.00** | **6,020.00** | **6,845.00** | **7,820.01** | **12,053.99** | **12,995.00** | **16,581.65** | **15,025.00** | **110,565.65** |
| **EXPENSE REIMBURSEMENT** | | | | | | | | | | | | | |
| Passthru Insurance | 0.00 | 0.00 | 0.00 | 9.50 | 9.50 | 9.50 | 19.00 | 9.50 | 19.00 | 9.50 | 19.00 | 47.50 | 152.00 |
| Passthru Gas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 30.97 | 80.00 | 150.97 |
| Passthru Water and Sewer | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 140.00 | 140.00 | 161.33 | 255.00 | 330.00 | 342.26 | 580.00 | 2,473.59 |
| Passthru Water | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| Passthru Trash | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 60.00 | 60.00 | 70.67 | 115.00 | 150.00 | 163.87 | 270.00 | 1,114.54 |
| **Total EXPENSE REIMBURSEMENT** | **185.00** | **185.00** | **185.00** | **194.50** | **194.50** | **244.50** | **254.00** | **276.50** | **424.00** | **529.50** | **556.10** | **977.50** | **4,206.10** |
| **OTHER INCOME** | | | | | | | | | | | | | |
| Move Out Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 | 0.00 | 0.00 | 225.00 |
| Miscellaneous Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 | 0.00 | 0.00 | 1,350.00 |
| Late Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 | 100.00 | 300.50 | 600.50 |
| Admin Fees | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 3.00 | 3.00 | 4.53 | 6.00 | 8.00 | 8.20 | 11.00 | 53.73 |
| **Total OTHER INCOME** | **2.00** | **2.00** | **2.00** | **2.00** | **2.00** | **3.00** | **3.00** | **4.53** | **106.00** | **1,683.00** | **108.20** | **311.50** | **2,229.23** |
| **Total INCOME** | **6,532.00** | **6,532.00** | **7,032.00** | **7,041.50** | **7,041.50** | **6,267.50** | **7,102.00** | **8,101.04** | **12,583.99** | **15,207.50** | **17,245.95** | **16,314.00** | **117,000.98** |
| Pet Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 | 500.00 | 250.00 | 250.00 | 1,500.00 |
| Application Fee Income | 0.00 | 0.00 | 0.00 | 0.00 | 45.00 | 0.00 | 225.00 | 90.00 | 55.00 | 0.00 | 220.00 | 110.00 | 745.00 |
| **Total Operating Income** | **6,532.00** | **6,532.00** | **7,032.00** | **7,041.50** | **7,086.50** | **6,267.50** | **7,327.00** | **8,441.04** | **12,888.99** | **15,707.50** | **17,715.95** | **16,674.00** | **119,245.98** |
| **Expense** | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| **Repairs & Maintenance** | | | | | | | | | | | | | |
| Pest Control | 0.00 | 0.00 | 0.00 | 269.75 | 64.95 | 0.00 | 64.95 | 0.00 | 0.00 | 250.81 | 0.00 | 0.00 | 650.46 |
| Landscaping | 0.00 | 366.67 | 151.67 | 151.67 | 455.00 | 476.65 | 151.67 | 310.92 | 0.00 | 159.25 | 0.00 | 0.00 | 2,223.50 |
| Electrical Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 475.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 475.00 |
| Plumbing | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Windows | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| Pool Maintenance | -178.61 | 286.66 | 378.88 | 368.06 | 184.03 | 184.03 | 0.00 | 0.00 | 0.00 | 422.18 | 346.09 | 0.00 | 1,991.32 |
| Make Ready | 260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 460.00 |
| **Total Repairs & Maintenance** | **81.39** | **653.33** | **530.55** | **1,289.48** | **703.98** | **1,135.68** | **216.62** | **400.92** | **622.18** | **756.15** | **0.00** | **0.00** | **6,390.28** |
| **Operating Expenses** | | | | | | | | | | | | | |
| Electricity | -1,153.68 | 0.00 | 380.71 | 550.48 | 432.01 | 200.73 | 493.42 | 526.17 | 0.00 | 415.04 | 0.00 | 1,155.83 | 3,000.71 |
| Gas | -54.28 | 53.63 | 77.07 | 95.90 | 342.89 | 289.04 | 360.67 | 355.23 | 92.04 | 87.01 | 0.00 | 87.01 | 1,786.21 |
| Water | 465.07 | 0.00 | 516.33 | 592.58 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,073.98 |
| Trash Disposal | -476.76 | -15.00 | -15.00 | 292.68 | -15.00 | 445.10 | -15.00 | -15.00 | 680.38 | 333.41 | 0.00 | 189.31 | 1,389.12 |
| **Total Operating Expenses** | **-1,219.65** | **38.63** | **959.11** | **1,531.64** | **759.90** | **2,434.87** | **839.09** | **866.40** | **772.42** | **835.46** | **0.00** | **1,432.15** | **9,250.02** |
| **General and Administrative Expenses** | | | | | | | | | | | | | |
| Maintenance Fees | 0.00 | 0.00 | 0.00 | 0.00 | 1,260.00 | 1,260.00 | 1,260.00 | 1,260.00 | 0.00 | 1,260.00 | 0.00 | 0.00 | 6,300.00 |
| Management Fees | 649.90 | 0.00 | 0.00 | 0.00 | 552.55 | 296.64 | 424.75 | 424.75 | 0.00 | 695.20 | 0.00 | 0.00 | 3,043.79 |
| Payroll | 0.00 | 0.00 | 0.00 | 0.00 | 991.00 | 1,232.00 | 1,232.00 | 1,232.00 | 0.00 | 1,232.00 | 0.00 | 0.00 | 5,919.00 |
| Insurance | 1,425.15 | 1,425.15 | 1,425.15 | 1,425.15 | 2,324.95 | 1,425.16 | 1,425.16 | 1,425.15 | 1,425.15 | 0.00 | 0.00 | 0.00 | 13,726.17 |
| **Total General and Administrative Expenses** | **2,075.05** | **1,425.15** | **1,425.15** | **1,425.15** | **5,128.50** | **4,213.80** | **4,341.91** | **4,341.90** | **1,425.15** | **3,187.20** | **0.00** | **0.00** | **28,988.96** |
| **Total EXPENSES** | **936.79** | **2,117.11** | **2,914.81** | **4,246.27** | **6,592.38** | **7,784.35** | **5,397.62** | **5,609.22** | **2,819.75** | **4,778.81** | **0.00** | **1,432.15** | **44,629.26** |
| **NOI - Net Operating Income** | **5,595.21** | **4,414.89** | **4,117.19** | **2,795.23** | **494.12** | **-1,516.85** | **1,929.38** | **2,831.82** | **10,069.24** | **10,928.69** | **17,715.95** | **15,241.85** | **74,616.72** |