# MONTROSE MULTIFAMILY MEMBERS II, LLC
## Profit & Loss
### May 2021 through May 2022

| | Jun 21 | Jul 21 | Aug 21 | Sep 21 | Oct 21 | Nov 21 | Dec 21 | Jan 22 | Feb 22 | Mar 22 | Apr 22 | May 22 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Rental Income | 31,357 | 38,961 | 31,215 | 32,310 | 34,338 | 35,980 | 36,051 | 37,745 | 43,207 | 51,584 | 51,001 | 51,372 | 475,121 |
| Rental Income - Passthrough | 837 | 1,085 | 854 | 949 | 957 | 916 | 1,313 | 1,074 | 1,348 | 1,565 | 1,663 | 1,677 | 14,238 |
| Rental Income - Late and Admin | 21 | 58 | 23 | 303 | 624 | 218 | 30 | 491 | 362 | 172 | 38 | 758 | 3,098 |
| Rental Income - Other | (2,912) | (4,894) | 4,933 | 2,768 | 1,222 | 1,564 | 4,852 | 0 | 0 | 0 | 0 | 0 | 7,533 |
| Rental Concessions | (3,349) | (2,753) | 0 | 282 | (1,989) | (1,700) | (1,891) | 0 | (3,630) | (6,303) | (2,467) | (2,183) | (25,983) |
| **Total Income** | 25,954 | 32,457 | 37,025 | 36,612 | 35,152 | 36,978 | 40,355 | 39,310 | 41,287 | 47,018 | 50,235 | 51,624 | 474,007 |
| **Expense** | | | | | | | | | | | | | |
| Advertising & Promotion | 0 | 0 | 0 | 0 | 0 | 0 | 461 | 0 | 0 | 0 | 0 | 0 | 461 |
| Cleaning Services | 275 | 0 | 0 | 0 | 0 | 0 | 0 | 300 | 120 | 1,150 | 200 | 0 | 2,045 |
| Commission | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 0 | 250 |
| Inspection Fees | 0 | 0 | 0 | 250 | 0 | 0 | 0 | 942 | 0 | 0 | 0 | 745 | 1,937 |
| Insurance | 3,169 | 3,169 | 3,569 | 3,569 | 3,569 | 3,569 | 0 | 4,444 | 9,444 | 4,722 | 4,722 | 4,722 | 48,668 |
| Pest Control | 844 | 0 | 0 | 0 | 130 | 0 | 2,185 | 217 | 0 | 194 | 0 | 909 | 4,479 |
| Property Maintenance | 820 | 0 | 0 | 645 | 3,187 | 3,663 | 2,994 | 2,783 | 3,371 | 3,368 | 1,814 | 1,440 | 24,085 |
| Property Management | 0 | 0 | 4,435 | 4,435 | 4,435 | 1,587 | 1,587 | 1,587 | 1,587 | 1,587 | 1,587 | 1,587 | 24,414 |
| Property Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,000 | 0 | 117,604 | (5,027) | 0 | 132,577 |
| Repairs & Maintenance | 314 | 4,477 | 1,488 | 463 | 700 | 1,884 | 844 | 783 | 1,808 | 817 | 2,534 | 1,928 | 18,040 |
| Utilities | 2,030 | 1,301 | 2,555 | 2,630 | 28,228 | 1,417 | 3,344 | 5,218 | 2,926 | 2,517 | 3,316 | 1,937 | 57,419 |
| Waste Management | 751 | 1,027 | 0 | 298 | 438 | 63 | 702 | 476 | 594 | 488 | 455 | 575 | 5,867 |
| **Total Expense** | 8,203 | 9,974 | 12,047 | 12,290 | 40,687 | 12,183 | 12,117 | 36,750 | 19,850 | 132,447 | 9,851 | 13,843 | 320,242 |
| **Net Ordinary Income** | 17,751 | 22,483 | 24,978 | 24,322 | (5,535) | 24,795 | 28,238 | 2,560 | 21,437 | (85,429) | 40,384 | 37,781 | 153,765 |
| **Other Income/Expense** | | | | | | | | | | | | | |
| **Other Expense** | | | | | | | | | | | | | |
| Bank Service Charges | 0 | 0 | 0 | 60 | 0 | 716 | 358 | 537 | 925 | 179 | 537 | 179 | 3,491 |
| Legal & Professional | 0 | 1,800 | 1,200 | 1,429 | 750 | 1,800 | 12,105 | 0 | 0 | 0 | 0 | 0 | 19,084 |
| Receiver Prof. Fees | 0 | 52,501 | 0 | 903 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 53,404 |
| Amortization Expense | 0 | 0 | 26,678 | 26,678 | 26,678 | 26,678 | 26,678 | 88,938 | 37,054 | 37,054 | 37,054 | 37,054 | 370,544 |
| Interest | 0 | 283,154 | 46,695 | 77,825 | 77,825 | 77,825 | 77,825 | 36,789 | 77,825 | 88,409 | 77,825 | 77,825 | 999,822 |
| **Total Other Expense** | 0 | 337,455 | 74,573 | 106,895 | 105,253 | 107,019 | 116,966 | 126,264 | 115,804 | 125,642 | 115,416 | 115,058 | 1,446,345 |
| **Net Other Income** | 0 | (337,455) | (74,573) | (106,895) | (105,253) | (107,019) | (116,966) | (126,264) | (115,804) | (125,642) | (115,416) | (115,058) | (1,446,345) |
| **Net Income** | 17,751 | (314,972) | (49,595) | (82,573) | (110,788) | (82,224) | (88,728) | (123,704) | (94,367) | (211,071) | (75,032) | (77,277) | (1,292,580) |

Exhibit 12