

4203 Montrose Blvd Suite 400
Houston, TX 77006
832-974-0009 | www.urbanoneproperties.com
propertymanager@urbanoneproperties.com

**ABOUT US**

UrbanOne Properties, founded in 2016, is the property management link in one of Houston's finest vertically integrated multifamily property investment groups. UrbanOne Properties works alongside Bran Real Estate Services and CBMJ Investments & Development, LLC in order to manage multifamily properties that have been recently purchased and completely renovated. Once CBMJ has finished a complete overhaul of the entire property, UrbanOne takes over to manage the modernized, boutique units. UrbanOne Properties also manages all properties and residents during the renovation process.

UrbanOne Properties operates each property to create a consistent experience of quality, value, and satisfaction for our residents. Our consistent and personal resident focus assures maximum achievable rents for all properties, thus creating maximum achievable values and returns.

**CURRENT PROPERTIES**

UrbanOne Properties currently manages 250+ Units at the following properties:

- 1423 Kipling St | 77006 | 8 Units
- 400 Westmoreland | 77006 | 16 Units
- 3412 Graustark | 77006 | 8 Units
- 3414 Graustark | 77006 | 8 Units
- 239 Emerson | 77006 | 28 Units
- 4321 Mt Vernon | 77006 | 16 Units
- 2301 Commonwealth | 77006 | 24 Units
- 417 W Main | 77006 | 12 Units
- 2300 Stanford | 77006 | 8 Units
- 2043 Sul Ross | 77098 | 14 Units
- 2008 Colquitt | 77098 | 8 Units
- 1717 Norfolk | 77098 | 20 Units
- 2212 Dunlavy St | 77006 | 20 Units
- 606 Harold St | 77006 | 14 Units
- 1507 California St | 77006 | 18 Units
- 306 Stratford St | 77006 | 15 Units
- 417 Fairview | 77006 | 9 Units
- 1648 W. Alabama | 77006 | 37 Units

**FUTURE GROWTH**

UrbanOne Properties has grown substantially since its inception and intends to continue on its path of steady growth with a goal of managing over 1,000 units within the next three years.

Exhibit 15



STAFF

**CHRISTOPHER BRAN,** PRESIDENT

Christopher is the founder and president of CBMJ Investments & Development, LLC and UrbanOne Properties LLC. He started CBMJ Investments & Development LLC in 2008 and has developed and constructed over 150 projects across the United States. He founded UrbanOne Properties, LLC in October 2016 upon seeing the need to both develop and manage in house all multifamily projects to be more effective at leasing and management. He is the sole sponsor of the 320-unit property acquisitions and renovations. Christopher attended the university of Houston-Bauer college of business and studied business management.

**KYLE WEBB,** DIRECTOR OF PROPERTY MANAGEMENT AND LEASING

Kyle was hired by CBMJ Investments & Development in October of 2016 to build and brand UrbanOne Properties. He graduated from Texas A&M University and Mays Business School with a degree in Marketing. He has 10 plus years' experience in residential real estate and recently managed marketing and leasing for one of the most prestigious high-rise buildings in Downtown Houston. Kyle manages the day to day operations of UrbanOne Properties including leasing, marketing and maintenance.

**LAURA ASIN,** ASSISTANT MANAGER

Laura joined the UrbanOne Properties Team in Jan of 2020. She brings multiple years' experience in leasing and assistant management services. Prior to UrbanOne Properties, Laura worked for another local property management company as an assist manager. She manages the day to day process of UrbanOne Properties and also assist the CBMJ Investment accounting department including invoicing, rent collections, and maintenance requests. Laura also plays a huge role in managing our leasing traffic, resident requests and showings.

**DANIEL ELY,** LEASING SPECIALIST

Daniel joined the UrbanOne Properties Team in February of 2021. He brings years of experience in leasing and marketing services in student housing and multifamily properties. Prior to UrbanOne Properties, Daniel worked for EDR and ACH Campus housing in Lubbock, Texas. He manages the day to day processes of UrbanOne Properties leasing program including prospect management, leasing, social media marketing and daily showings.

**ARMANDO PENA,** LEAD MAINTENANCE TECHNICIAN

**JORGE MARTINEZ,** MAINTENANCE TECHNICIAN

**OSCAR FUENTES,** FACILITES MANAGER

**JESUS LAMAGRANDE,** FACILITES TECHNICIAN