# Summary of Debtor's Pre-petition Operational Reports (T-12 Averages)

## Kipling Partners

| Operating Income & Expense | Amount |
|---|---:|
| **INCOME** | |
| **RENTAL INCOME** | |
| Rental Income | 10,774.01 |
| Parking | 137.50 |
| Management Concession | (20.83) |
| Renewal Concession | (62.92) |
| **Total RENTAL INCOME** | 10,827.76 |
| **EXPENSE REIMBURSEMENT** | |
| Passthru Insurance | 11.88 |
| Passthru Water and Sewer | 234.85 |
| Passthru Water | 37.45 |
| Passthru Trash | 115.42 |
| **Total EXPENSE REIMBURSEMENT** | 399.59 |
| **OTHER INCOME** | |
| Miscellaneous Income | 366.67 |
| Late Fee | 160.00 |
| Admin Fees | 7.29 |
| **Total OTHER INCOME** | 533.95 |
| **Total INCOME** | 11,761.31 |
| Pet Fee | 83.33 |
| Application Fee Income | 76.67 |
| **Total Operating Income** | 11,921.31 |
| **EXPENSES** | |
| **Repairs & Maintenance** | |
| Pest Control | 56.90 |
| Appliance Repair | 9.47 |
| Landscaping | 90.71 |
| Building Repair | 63.66 |
| **Total Repairs & Maintenance** | 220.75 |
| **Operating Expenses** | |
| Electricity | 5.54 |
| Gas | 56.95 |
| Water | 161.29 |
| Trash | 96.72 |
| Professional Fees | 13.46 |
| **Total Operating Expenses** | 333.96 |
| **General and Administrative Expenses** | |
| Maintenance Fees | 176.00 |
| Management Fees | 475.33 |
| Payroll | 184.00 |
| Referral Fees | 48.19 |
| Insurance | 433.09 |
| Property Taxes | 1,638.76 |
| **Total General and Administrative Ex** | 2,955.37 |
| **Total Operating Expense** | 3,510.08 |
| **NOI - Net Operating Income** | 8,411.23 |

Total Prepetition Operating & Gen./Admin. Expenses (T-12 Averages): 3,289.33
Debtor's Proposed Total Operating Expenses: 13,679.25
Difference: (10,389.92)

Total Expenses (T-12 Averages): 3,510.08
Debtor's Proposed Total Expenses: 14,059.98
Difference: (10,549.90)

## Graustark Members II

| Operating Income & Expense | Amount |
|---|---:|
| **INCOME** | |
| **RENTAL INCOME** | |
| Rental Income | 22,725.93 |
| Gross Potential Rent | - |
| Parking | 6.67 |
| Rent Concession | (138.75) |
| Management Concession | (157.92) |
| **Total RENTAL INCOME** | 22,478.43 |
| **EXPENSE REIMBURSEMENT** | |
| Passthru Insurance | 24.54 |
| Passthru Water and Sewer | 384.13 |
| Passthru Water | 100.42 |
| Passthru Trash | 245.07 |
| **Total EXPENSE REIMBURSEMENT** | 754.16 |
| **OTHER INCOME** | |
| Move Out Charges | - |
| Miscellaneous Income | 4.17 |
| Late Fee | 221.58 |
| Admin Fees | 18.03 |
| **Total OTHER INCOME** | 243.78 |
| **Total INCOME** | 23,476.36 |
| Pet Fee | 83.33 |
| Application Fee Income | 52.92 |
| **Total Operating Income** | 23,612.61 |
| **EXPENSES** | |
| **Repairs & Maintenance** | |
| Pest Control | 61.17 |
| Painting | - |
| Appliance Repair | - |
| Landscaping | 139.31 |
| W/O Repair & Supplies | 29.96 |
| Electrical Repair | - |
| Building Repair | 10.94 |
| Plumbing | 25.97 |
| Building Repair | 27.46 |
| Make Ready | 52.34 |
| **Total Repairs & Maintenance** | 333.70 |
| **Operating Expenses** | |
| Windows | 19.58 |
| Gate Repair | 6.07 |
| HVAC | 12.50 |
| Electricity | 11.32 |
| Gas | 86.01 |
| Water | 122.78 |
| Trash Disposal | 185.72 |
| Professional Fees | - |
| **Total Operating Expenses** | - |
| **General and Administrative Expenses** | |
| Water | 405.58 |
| W/D Rental | - |
| Trash Disposal | 165.17 |
| **Total Operating Expenses** | - |
| **General and Administrative Expenses** | |
| Maintenance Fees | 352.00 |
| Management Fees | 1,004.53 |
| Payroll | 368.00 |
| Legal and Accounting | - |
| Insurance | - |
| Advertising and Promotion | 4.95 |
| **Total General and Administrative Expenses** | |
| Insurance | 819.73 |
| Property Taxes | 4,385.41 |
| **Total Operating Expense** | 8,158.89 |
| **NOI - Net Operating Income** | 15,453.72 |

Total Prepetition Operating & Gen./Admin. Expenses (T-12 Averages): 7,825.19
Debtor's Proposed Total Operating Expenses: 26,686.03
Difference: (18,860.84)

Total Expenses (T-12 Averages): 8,158.89
Debtor's Proposed Total Expenses: 27,577.49
Difference: (19,418.60)

## Mt. Vernon Members

| Operating Income & Expense | Amount |
|---|---:|
| **INCOME** | |
| **RENTAL INCOME** | |
| Rental Income | 20,548.28 |
| Gross Potential Rent | - |
| Parking | 605.63 |
| Rent Concession | (291.99) |
| Management Concession | (8.33) |
| **Total RENTAL INCOME** | 21,029.98 |
| **EXPENSE REIMBURSEMENT** | |
| Passthru Utilities | 12.67 |
| Passthru Water and Sewer | 11.08 |
| Passthru Water | 305.34 |
| Passthru Trash | 241.33 |
| **Total EXPENSE REIMBURSEMENT** | 699.31 |
| **OTHER INCOME** | |
| Move Out Charges | - |
| Miscellaneous Income | 792.04 |
| **OTHER INCOME** | |
| Move Out Charges | - |
| Miscellaneous Income | - |
| Late Fee | - |
| Admin Fees | 14.30 |
| **Total OTHER INCOME** | 14.30 |
| **Total INCOME** | 21,836.32 |
| Pet Fee | 41.67 |
| Application Fee Income | 71.25 |
| Month-to-Month Fee | 10.83 |
| **Total Operating Income** | 21,960.07 |
| **EXPENSES** | |
| **Repairs & Maintenance** | |
| Pest Control | 66.86 |
| Plumbing | 16.67 |
| Landscaping | 179.90 |
| Building Repair | 230.54 |
| Make Ready | 14.17 |
| **Total Repairs & Maintenance** | 498.55 |
| **Operating Expenses** | |
| Security Monitoring | 10.00 |
| Electricity | - |
| Gas | 280.65 |
| Water | 343.22 |
| W/D Rental | 43.87 |
| Trash Disposal | 162.95 |
| Professional Fees | 38.00 |
| **Total Operating Expenses** | 950.42 |
| **General and Administrative Expenses** | |
| Maintenance Fees | 200.00 |
| Management Fees | 978.73 |
| Payroll | 421.08 |
| Legal and Accounting | - |
| Property Tax | 3,170.64 |
| Insurance | 931.22 |
| Bank Charges Expense | 5.83 |
| **Total Operating Expense** | 6,186.11 |
| **NOI - Net Operating Income** | 15,773.97 |

Total Prepetition Operating & Gen./Admin. Expenses (T-12 Averages): 3,168.47
Debtor's Proposed Total Operating Expenses: 15,909.49
Difference: (12,740.02)

Total Expenses (T-12 Averages): 6,186.11
Debtor's Proposed Total Expenses: 16,619.22
Difference: (10,433.12)

## Westmoreland Partners

| Operating Income & Expense | Amount |
|---|---:|
| **INCOME** | |
| **RENTAL INCOME** | |
| Rental Income | 21,271.52 |
| Gross Potential Rent | - |
| Parking | 69.58 |
| Rent Concession | (353.75) |
| Management Concession | (20.83) |
| Less: Vacancy | - |
| **Total RENTAL INCOME** | 20,966.52 |
| **EXPENSE REIMBURSEMENT** | |
| Passthru Insurance | 40.00 |
| Passthru Water and Sewer | 256.75 |
| Passthru Water | 194.38 |
| Passthru Trash | 195.53 |
| **Total EXPENSE REIMBURSEMENT** | - |
| **OTHER INCOME** | |
| Renters Insurance | (1.58) |
| Miscellaneous Income | 215.00 |
| Late Fee | 50.00 |
| Admin Fees | 12.49 |
| **Total OTHER INCOME** | 275.91 |
| **Total INCOME** | 21,941.74 |
| Pet Fee | 18.75 |
| Application Fee Income | 11.25 |
| **Total Operating Income** | 21,971.74 |
| **EXPENSES** | |
| **Repairs & Maintenance** | |
| Pest Control | - |
| Landscaping | - |
| Plumbing | (9.58) |
| Key Access | - |
| Landscaping | 172.08 |
| Windows | 1.26 |
| **Total Repairs & Maintenance** | 351.97 |
| **Operating Expenses** | |
| Gas | - |
| Water | - |
| Electricity | 73.98 |
| Water | 332.98 |
| Professional Fees | 130.35 |
| **Total Operating Expenses** | - |
| **Expenses** | |
| Management Fees | 646.27 |
| **Expenses** | |
| Payroll | - |
| Property Tax | 368.00 |
| Insurance | - |
| Bank Charges Expense | - |
| **Expenses** | 2,523.20 |
| Property Taxes | 2,664.67 |
| **Total Operating Expense** | - |
| **NOI - Net Operating Income** | - |

Total Prepetition Operating & Gen./Admin. Expenses (T-12 Averages): 6,663.76
Debtor's Proposed Total Operating Expenses: 17,330.83
Difference: (10,667.07)

Total Expenses (T-12 Averages): 7,162.31
Debtor's Proposed Total Expenses: 18,681.56
Difference: (11,519.25)

## Coquitt 2008, LP

| Operating Income & Expense | Amount |
|---|---:|
| **INCOME** | |
| **RENTAL INCOME** | |
| Rental Income | 12,548.16 |
| Gross Potential Rent | - |
| Parking | 125.00 |
| Rent Concession | (83.33) |
| Loss/Gain to Lease | - |
| **Total RENTAL INCOME** | 12,589.83 |
| **EXPENSE REIMBURSEMENT** | |
| Passthru Insurance | 29.29 |
| Passthru Water and Sewer | 251.63 |
| Passthru Water | 5.83 |
| Passthru Trash | 110.58 |
| **Total EXPENSE REIMBURSEMENT** | 397.33 |
| **OTHER INCOME** | |
| Move Out Charges | 6.25 |
| Miscellaneous Income | - |
| Late Fee | 7.09 |
| Admin Fees | 12.50 |
| **Total OTHER INCOME** | 25.84 |
| **Total INCOME** | 13,013.00 |
| Pet Fee | 145.83 |
| Application Fee Income | 32.50 |
| **Total Operating Income** | 13,191.34 |
| **EXPENSES** | |
| **Repairs & Maintenance** | |
| Pest Control | 23.66 |
| Landscaping | 90.71 |
| Plumbing | 8.75 |
| Building Repair | 48.71 |
| Gate Repair | 25.00 |
| HVAC | 3.34 |
| Make Ready | 52.72 |
| Trash Disposal | 252.88 |
| **Total Repairs & Maintenance** | - |
| **Operating Expenses** | |
| Security Monitoring | 5.00 |
| Electricity | 38.60 |
| Gas | 120.10 |
| Water | 215.27 |
| Payroll | 88.12 |
| Commission | - |
| Referral Fees | - |
| Leasing Software | (7.58) |
| Legal and Accounting | 83.92 |
| Property Tax | 2,225.83 |
| Insurance | 465.06 |
| Bank Service Charges | 1.71 |
| **Total Operating Expense** | 4,434.87 |
| **NOI - Net Operating Income** | 8,756.47 |

Total Prepetition Operating & Gen./Admin. Expenses (T-12 Averages): 4,181.99
Debtor's Proposed Total Operating Expenses: 14,336.51
Difference: (10,154.52)

Total Expenses (T-12 Averages): 4,434.87
Debtor's Proposed Total Expenses: 14,717.24
Difference: (10,282.37)

## Norfolk Partners LLC

| Operating Income & Expense | Amount |
|---|---:|
| **INCOME** | |
| **RENTAL INCOME** | |
| Rental Income | 13,412.58 |
| Parking | - |
| Rent Concession | (29.89) |
| **Total RENTAL INCOME** | 13,382.69 |
| Management Concession | 18.21 |
| Renewal Concession | (145.83) |
| **Total RENTAL INCOME** | - |
| **EXPENSE REIMBURSEMENT** | |
| Passthru Water and Sewer | 285.19 |
| Passthru Trash | 126.60 |
| **Total EXPENSE REIMBURSEMENT** | 430.00 |
| **OTHER INCOME** | |
| Move Out Charges | 27.08 |
| Miscellaneous Income | 4.97 |
| **Total OTHER INCOME** | 32.05 |
| **Total INCOME** | 13,844.73 |
| Application Fee Income | 7.50 |
| Late Fee | 12.50 |
| **Total Operating Income** | 13,852.23 |
| **Expense** | |
| Admin Fees | - |
| **Repairs & Maintenance** | |
| Pest Control | 58.60 |
| Landscaping | 222.16 |
| Flooring and Tile Repair | 45.95 |
| W/O Repair & Supplies | 22.44 |
| Building Repair | 14.42 |
| Windows | - |
| Make Ready | 32.50 |
| **Total Repairs & Maintenance** | 396.06 |
| **Operating Expenses** | |
| Key Access | - |
| Electricity | 153.55 |
| Gas | 92.94 |
| Water | 321.57 |
| W/D Rental | - |
| Plumbing | 259.93 |
| Professional Fees | - |
| **Total Operating Expenses** | 828.00 |
| **General and Administrative Expenses** | |
| Pool Maintenance | - |
| Management Fees | 899.58 |
| Payroll | 421.67 |
| Commission | - |
| Referral Fees | - |
| Leasing Software | - |
| Legal and Accounting | 936.19 |
| Insurance | - |
| Property Taxes | 4,186.04 |
| Bank Charges Expense | 2.92 |
| Bank Service Charges | 8.75 |
| **Total General and Administrative Expenses** | 6,858.40 |
| **Total Operating Expense** | 8,082.54 |
| **NOI - Net Operating Income** | 5,769.70 |

Total Prepetition Operating & Gen./Admin. Expenses (T-12 Averages): 7,686.48
Debtor's Proposed Total Operating Expenses: 20,844.84
Difference: (13,158.36)

Total Expenses (T-12 Averages): 8,082.54
Debtor's Proposed Total Expenses: 21,385.57
Difference: (13,303.03)

## MMMI

| Operating Income & Expense | Amount |
|---|---:|
| **INCOME** | |
| **RENTAL INCOME** | |
| Rental Income | 52,654.92 |
| Parking | 136.67 |
| Rent Concession | (3,227.55) |
| Management Concession | (2,849.08) |
| Renewal Concession | - |
| **Total RENTAL INCOME** | 46,569.12 |
| **EXPENSE REIMBURSEMENT** | |
| Passthru Gas | 48.29 |
| Passthru Insurance | 310.09 |
| Passthru Water and Sewer | 1,304.53 |
| Passthru Trash | 238.57 |
| **Total EXPENSE REIMBURSEMENT** | 1,901.48 |
| **OTHER INCOME** | |
| Move Out Charges | 18.75 |
| Miscellaneous Income | 223.25 |
| Late Fee | 444.71 |
| NSF Fees | 25.83 |
| Admin Fees | 32.19 |
| **Total OTHER INCOME** | 744.73 |
| **Total INCOME** | 49,215.32 |
| Application Fee Income | 19.58 |
| **Total Operating Income** | 49,215.32 |
| **EXPENSES** | |
| **Repairs & Maintenance** | |
| Pest Control | 159.29 |
| Key Access | (6.25) |
| Roof Repair | 25.00 |
| Landscaping | 620.69 |
| Electrical Repair | 50.00 |
| Plumbing | 238.82 |
| Windows | 35.00 |
| Gate Repair | 20.83 |
| HVAC | 20.83 |
| Pool Maintenance | 363.50 |
| Make Ready | 150.42 |
| **Total Repairs & Maintenance** | 1,678.14 |
| **Operating Expenses** | |
| Electricity | 622.09 |
| Gas | 507.86 |
| Water | 774.98 |
| Trash Disposal | 287.08 |
| **Total Operating Expenses** | 2,192.01 |
| **General and Administrative Expenses** | |
| Maintenance Fees | 1,200.00 |
| Management Fees | 1,637.09 |
| Payroll | 1,144.14 |
| Referral Fees | 107.50 |
| Expenses | 6,790.27 |
| **Total EXPENSES** | 10,660.42 |
| **NOI - Net Operating Income** | 38,554.90 |

Total Prepetition Operating & Gen./Admin. Expenses (T-12 Averages): 8,982.28
Debtor's Proposed Total Operating Expenses: 46,808.47
Difference: (37,826.19)

Total Expenses (T-12 Averages): 10,660.42
Debtor's Proposed Total Expenses: 49,345.62
Difference: (38,685.20)

## MMMII (Consolidated, 7 mos)

| Ordinary Income/Expense | Amount |
|---|---:|
| **Income** | |
| Rental Income | 43,848.57 |
| Rental Income – Passthrough | 1,365.14 |
| Rental Income – Late and Admin | 295.57 |
| Rental Income – Other | 916.57 |
| Rental Concessions | (2,596.29) |
| **Total Income** | 43,829.57 |
| **Expense** | |
| Advertising & Promotion | 65.86 |
| Cleaning Services | 252.86 |
| Commission | 35.71 |
| Inspection Fees | 241.00 |
| Insurance | 4,517.57 |
| Pest Control | 500.71 |
| Property Maintenance | 2,776.14 |
| Property Management | 1,587.00 |
| Property Tax | 18,939.57 |
| Repairs & Maintenance | 1,514.00 |
| Utilities | 2,953.57 |
| Waste Management | 479.00 |
| **Total Expense** | 33,863.00 |
| **Net Ordinary Income** | 9,966.57 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Bank Service Charges | 490.14 |
| Legal & Professional | 1,986.43 |
| Receiver Prof. Fees | - |
| Amortization Expense | 41,501.43 |
| Interest | 73,474.71 |
| **Total Other Expense** | 117,452.71 |
| **Net Other Income** | (117,452.71) |
| **Net Income** | (107,486.14) |

Total Prepetition Operating & Gen./Admin. Expenses (T-12 Averages): 33,863.00
Debtor's Proposed Total Expenses: 53,826.30
Difference: (19,963.30)

EXHIBIT 16