**DLP Capital's Proposed Budget**
**Income Statement - Property Comparison**
Exported On: 10/04/2022 12:52 PM

| Account Name | Debtor Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1423 Kipling | 1717 Norfolk | 2008 Colquitt | MMM | 3412 Graustark | 3414 Graustark | 400 Westmoreland | 4321 Mt Vernon | MMM2 | Totals: |
| Units | 8 | 20 | 8 | 64 | 8 | 8 | 16 | 16 | 67 | |
| **Operating Income & Expense** | | | | | | | | | | |
| Income | | | | | | | | | | |
| INCOME | | | | | | | | | | |
| RENTAL INCOME | | | | | | | | | | |
| Rental Income | $ 10,755.00 | $ 9,330.00 | $ 13,937.00 | $ 65,970.00 | $ 12,100.00 | $ 9,791.94 | $ 16,940.00 | $ 19,830.00 | $ 51,373.00 | $ 210,026.94 |
| Utility Reimbursement | $ 439.00 | $ 471.62 | $ 488.50 | $ 2,575.00 | $ 464.00 | $ 354.00 | $ 729.00 | $ 917.39 | $ 1,677.00 | $ 8,115.51 |
| **Total Operating Income** | $ 11,194.00 | $ 9,801.62 | $ 14,425.50 | $ 68,545.00 | $ 12,564.00 | $ 10,145.94 | $ 17,669.00 | $ 20,747.39 | $ 53,050.00 | $ 218,142.45 |
| Appliance Rental/Fees | $ 95.35 | $ 470.88 | $ - | $ - | $ 578.06 | $ 578.06 | $ 1,127.57 | $ - | $ - | $ 2,849.92 |
| Advertising | $ 49.41 | $ 49.41 | $ 49.41 | $ 148.23 | $ 49.41 | $ 49.41 | $ 49.41 | $ 49.41 | $ 197.64 | $ 691.74 |
| Leasing Software/Licenses/Fees | $ 174.14 | $ 174.14 | $ 174.14 | $ 522.42 | $ 174.14 | $ 174.14 | $ 174.14 | $ 174.14 | $ 696.56 | $ 2,437.96 |
| Management Fees | $ 537.75 | $ 466.50 | $ 696.85 | $ 3,298.50 | $ 605.00 | $ 489.60 | $ 847.00 | $ 991.50 | $ 2,568.65 | $ 10,501.35 |
| Maintenance Fees | $ 352.00 | $ 880.00 | $ 352.00 | $ 2,816.00 | $ 352.00 | $ 352.00 | $ 704.00 | $ 704.00 | $ 2,948.00 | $ 9,460.00 |
| Property Taxes | $ 891.87 | $ - | $ 1,211.41 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,103.28 |
| Contingency | $ 500.00 | $ 500.00 | $ 500.00 | $ 1,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 1,000.00 | $ 5,500.00 |
| Interest Expense- DLP | $ 5,000.00 | $ 3,500.00 | $ 7,000.00 | $ 40,000.00 | $ 7,000.00 | $ 3,500.00 | $ 7,000.00 | $ 12,500.00 | $ 25,000.00 | $ 110,500.00 |
| Insurance Down Payment | $ 1,428.00 | $ 1,428.00 | $ 1,428.00 | $ 4,284.00 | $ 1,428.00 | $ 1,428.00 | $ 1,428.00 | $ 1,428.00 | $ 5,714.00 | $ 19,994.00 |
| Insurance- monthly charges | $ 573.56 | $ 1,542.51 | $ 765.38 | $ 3,285.29 | $ 481.37 | $ 481.37 | $ 1,274.58 | $ 1,026.04 | $ 4,736.65 | $ 14,166.75 |
| **Total Operating Expenses** | $ 10,143.25 | $ 13,504.84 | $ 12,800.51 | $ 61,020.47 | $ 11,832.44 | $ 8,281.59 | $ 14,258.83 | $ 18,337.49 | $ 48,265.45 | $ 198,444.87 |
| **Total EXPENSES** | $ 10,523.98 | $ 14,045.57 | $ 13,181.24 | $ 63,557.62 | $ 12,153.17 | $ 8,852.32 | $ 15,609.56 | $ 19,047.22 | $ 51,462.30 | $ 208,432.98 |
| | | | | | | | | | | |
| **Total Income** | $ 11,194.00 | $ 9,801.62 | $ 14,425.50 | $ 68,545.00 | $ 12,564.00 | $ 10,145.94 | $ 17,669.00 | $ 20,747.39 | $ 53,050.00 | $ 218,142.45 |
| **Total Expense** | $ 10,523.98 | $ 14,045.57 | $ 13,181.24 | $ 63,557.62 | $ 12,153.17 | $ 8,852.32 | $ 15,609.56 | $ 19,047.22 | $ 51,462.30 | $ 208,432.98 |
| | | | | | | | | | | $ - |
| **Net Operating Income** | $ 670.02 | $ (4,243.95) | $ 1,244.26 | $ 4,987.38 | $ 410.83 | $ 1,293.62 | $ 2,059.44 | $ 1,700.17 | $ 1,587.70 | $ 9,709.47 |
| | | | | | | | | | | |
| **For Reference Only:** | | | | | | | | | | |
| Non-Default Interest-Only Payment Amt: | $ 8,433.40 | $ 23,455.39 | $ 10,278.21 | $ 77,825.00 | $ 18,711.61 | [no separate loan] | $ 18,711.61 | $ 18,306.56 | $ 77,825.00 | $ 253,546.78 |

Exhibit 17