IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Montrose Multifamily Members, LLC, *et al.*[1] | ) | Case No. 22-90323 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**AGENDA FOR HEARING SCHEDULED FOR OCTOBER 18, 2022 AT 1:00 P.M.
(PREVAILING CENTRAL TIME)**

> **Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's home page. The meeting code is "JudgeJones". Click the settings icon in the upper right corner and enter your name under the personal information setting.**
>
> **Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.**

Montrose Multifamily Members, LLC ("MMM") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby file

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Montrose Multifamily Members II, LLC (5725); Colquitt 2008, LP (6108); Westmoreland Partners, LLC (1492); Graustark Members II, LLC (1605); Kipling Partners LLC (2339); MT Vernon Members, LLC (5014); and Norfolk Partners LLC (3182).  The location of Debtor Montrose Multifamily Members, LLC's principal place of business and the Debtors' service address is 4203 Montrose Blvd, Suite 400, Houston, Texas, 77006.

their Agenda for matters set for hearing on October 18, 2022 at 2:00 p.m. (Prevailing Central Time):

1. *Emergency Motion for (I) Interim Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c), (II) Granting Adequate Protection for the Use of Cash Collateral and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 As to the Use of Cash Collateral* [Dkt. No. 16]

   Related Documents: Revised Proposed Cash Collateral Order filed at docket no. ___.

   **Status**: **This matter is going forwarded.  No opposition from DLP Capital (Debtor's secured lender) and the United States Trustee.**

2. *Emergency Motion of Debtors for Entry of an Order Extending Time to File Schedules and Statements of Financial Affairs* [Dkt. No. 17]

   Related Documents:  None.

   **Status:**      **This matter is going forward.  No opposition from DLP Capital and the United States Trustee.**

3. *Emergency Motion for Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service and (II) Establishing Procedures for Determining Requests for Additional Members, LLC* [Dkt. No. 18]

   Related Documents: Revised Proposed Interim Order filed at docket no. 24.

   **Status:**      **This matter is going forward.  No opposition from DLP Capital and the United States Trustee.**

4. *Emergency Motion for Order Authorizing the Continued Use of Existing (I) Cash Management System and (II) Bank Accounts* [Dkt. No. 10]

   Related Documents:  Revised Proposed Order filed at docket no. 23.

**Status**:  **This matter is going forward.  No opposition from DLP Capital and the United States Trustee.**

Dated: October 18, 2022

        Respectfully submitted,

        **TRAN SINGH, LLP**

By:   */s/Susan Tran Adams*
      Susan Tran Adams | TBN: 24075648
      Brendon Singh | TBN: 24075646
      2502 La Branch Street
      Houston Texas 77004
      Ph: (832) 975-7300
      Fax: (832) 975-7301
      Email: stran@ts-llp.com

      *Proposed Counsel for Debtors and Debtors in Possession*

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, a copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/Susan Tran Adams*
      Susan Tran Adams