Electronic Appearance Sheet

Lloyd Lim, Kean Miller
Client(s): DLP Capital

Rachel Kubanda, Kean Miller
Client(s): DLP Capital

Eric Lockridge, Kean Miller
Client(s): DLP Capital

Seth Kretzer, Law Office of Seth Kretzer
Client(s): receiver over Christopher Bran et al

Jesseca Wilson, Kretzer Firm
Client(s): Assistant to Receiver

Carolyn Carollo, Hendershot Cowart P.C.
Client(s): Spectrum MH LLC

Alicia Barcomb, U.S. Trustee
Client(s): U.S. Trustee