IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON TEXAS

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Montrose Multifamily Members, LLC, *et al.*[1] | § | Case No. 22-90323 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF NONJUDICIAL FORECLOSURE SALES ON DEBTORS' PROPERTIES**

**PLEASE TAKE NOTICE** that, pursuant to the *Agreed Order Modifying Automatic Stay with Respect to Debtors' Properties* [Doc. No. 123] (the "Agreed Stay Order"), DLP Capital Servicing LLC, as servicer for lender DLP Lending Fund, LLC, DLP Housing Loans, LLC, DLP Income & Growth Fund LLC, and its related entities (collectively, "DLP Capital") has posted the following Properties for nonjudicial foreclosure sales (collectively, the "Foreclosure Sales"):

    A.    The eight-unit apartment complex located at 2008 Colquitt Street, Houston, Texas (the "Colquitt Property") owned by Colquitt 2008, LP ("Colquitt");

    B.    The twenty-unit apartment complex located at 1717 Norfolk Street, Houston, Texas (the "Norfolk Property") owned by Norfolk Partners, LLC ("Norfolk");

    C.    The eight-unit apartment complex located at 1423 Kipling Street, Houston, Texas (the "Kipling Property") owned by Kipling Partners, LLC ("Kipling");

    D.    The sixteen-unit apartment complex located at 400 Westmoreland Street, Houston, Texas (the "Westmoreland Property") owned by Westmoreland Partners, LLC ("Westmoreland");

    E.    The sixteen-unit apartment complex located at 4321 Mt. Vernon Street, Houston, Texas (the "Mt. Vernon Property") owned by Mt. Vernon Members, LLC ("Mt. Vernon");

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Montrose Multifamily Members II, LLC (5725); Colquitt 2008, LP (6108); Westmoreland Partners, LLC (1492); Graustark Members II, LLC (1605); Kipling Partners LLC (2339); MT Vernon Members, LLC (5014); and Norfolk Partners LLC (3182). The location of Debtor Montrose Multifamily Members, LLC's principal place of business and the Debtors' service address is 4203 Montrose Blvd., Suite 400, Houston, Texas 77006.

F. The four apartment complexes, specifically: (i) one twenty unit apartment complex located at 2212 Dunlavy Street, Houston, Texas; (ii) one eighteen unit apartment complex located at 1507 California Street, Houston, Texas; (iii) one fourteen unit apartment complex located at 606 Harold Street, Houston, Texas; and (iv) one fifteen unit apartment complex located at 306 Stratford Street, Houston, Texas (altogether, the "Montrose II Property") owned by Montrose Multifamily Members II, LLC ("Montrose II");

G. The three tracts of land containing apartment complexes, specifically: (i) one 28-unit apartment complex located at 239 Emerson Street, Houston, Texas; (ii) one 24-unit apartment complex located at 2301 Commonwealth Street, Houston, Texas; and (iii) one 12-unit apartment complex located at 417 W. Main Street, Houston, Texas (altogether, the "Montrose Property") owned by Montrose Multifamily Members, LLC ("Montrose"); and

H. The two eight-unit apartment complexes located at 3412 and 3414 Graustark Street, Houston, Texas (altogether, the "Graustark Property") owned by Graustark Members II, LLC ("Graustark").

(hereinafter, the "Properties" refers to the Colquitt Property, Norfolk Property, Kipling Property, Westmoreland Property, Mt. Vernon Property, Montrose II Property, Montrose Property, and Graustark Property.)

**PLEASE TAKE FURTHER NOTICE** that the Foreclosure Sales are scheduled to take place on **Tuesday, April 4, 2023 at 10:00 am CT** and not later than three hours thereafter, at Bayou City Event Center, 9401 Knight Road, Houston, Texas 77045, or such other location as designated by the County Commissioners of Harris County.

**PLEASE TAKE FURTHER NOTICE** that the respective *Notice of Substitute Trustee's Sales* are attached hereto as **Exhibits A- H**.

Dated: March 13, 2023        Respectfully submitted:

*/s/ Lloyd A. Lim*
Lloyd A. Lim
State Bar No. 24056871
Rachel Thompson Kubanda
State Bar No. 24093258
Rachel.Kubanda@keanmiller.com
KEAN MILLER LLP
711 Louisiana Street,
South Tower, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000
Telecopier: (713) 844-3030

*and*

J. Eric Lockridge
State Bar No. 24013053
eric.lockridge@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone: (225) 387-0999
Telecopier: (225) 388-9133

***Counsel for DLP Capital***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 13, 2023, a copy of the foregoing document served to all parties entitled to receive notices through the Court's CM/ECF system, and further certifies that a copy was also emailed to the following:

TRAN SINGH, LLP
Susan Tran Adams
Brendon Singh
2502 La Branch St Houston, Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: stran@ts-llp.com
       bsingh@ts-llp.com

                                                */s/ Rachel T. Kubanda*
                                                Rachel T. Kubanda