United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 11, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   **MONTROSE MULTIFAMILY** | § | CASE NO. 22-90323 |
|   **MEMBERS, LLC,** *et al.*, | § | (Jointly Administered) |
| | § | |
| | § | CHAPTER 11 |
| DEBTORS.[1] | § | |

## ORDER DISMISSING CASE WITH 90-DAY BAR TO REFILING

ON THIS DATE the Court conducted a status conference, and the parties represented that Debtors' real property assets were sold by foreclosure pursuant to the terms of the Agreed Order Modifying Automatic Stay with Respect to Debtors' Properties (the "Agreed Order Modifying Stay") [ECF # 123]. In accordance with the Agreed Order Modifying Stay, the Court finds that there is cause to dismiss these cases with prejudice, therefore it is hereby

**ORDERED** that the above-entitled chapter 11 cases are hereby dismissed as of April 4, 2023, with prejudice to re-filing for a period of 90 days; it is further

**ORDERED** that the Debtors shall file, within fourteen (14) days of entry of this Order, all outstanding operating reports, pursuant to Federal Rule of Bankruptcy Procedure 2015(a)(5); it is further

**ORDERED** that the Debtors shall pay within twenty (20) days of the entry of this Order to the United States Trustee the appropriate quarterly fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6), if any. The payment must reflect Debtor's case number and be remitted either electronically through pay.gov at https://www.pay.gov/public/form/start/672415208; or by mail to the U.S. Bank lockbox at United States Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6200; and it is further

**ORDERED** that this Court retains jurisdiction to enforce the terms of this Order.

Signed: April 11, 2023.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 cases (together, the "Chapter 11 Cases"), along with the last four digits of each Debtors' federal tax identification number, are: Montrose Multifamily Members II, LLC (5725); Colquitt 2008, LP (6108); Westmoreland Partners, LLC (1492); Graustark Members II, LLC (1605); Kipling Partners LLC (2339); MT Vernon Members, LLC (5014); and Norfolk Partners LLC (3182). The location of Debtor Montrose Multifamily Members, LLC's principal place of business and the Debtors' service address is 4203 Montrose Blvd., Suite 400, Houston, Texas 77006.

APPROVED, AGREED TO, AND ENTRY REQUESTED:


By: /s/ *Susan Tran Adams (with permission)*
Susan Tran Adams (SBN: 24075648)
Brendon Singh (SBN: 24075646)
2502 La Branch Street
Houston, Texas 77004
Telephone: (832) 975-7300
Facsimile: (832) 975-7301

COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: /s/ *Alicia L. Barcomb*
Alicia L. Barcomb
Trial Attorney
Texas Bar No. 24106276
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4661
Fax: (713) 718-4670
Email: alicia.barcomb@usdoj.gov

COUNSEL FOR THE UNITED STATES TRUSTEE