United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Montrose Multifamily Members, LLC, *et al.*, | ) | Case No. 22-90323 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Montrose Multifamily Members, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. No. 23-03033 |
| v. | ) | |
| | ) | |
| CenterPoint Energy, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER DISMISSING COMPLAINT

WHEREAS, Montrose Multifamily Members, LLC *et al.* ("Plaintiffs") were previously the chapter 11 debtors (the "Debtors" or "Plaintiffs) in the above-captioned bankruptcy proceedings (the "Chapter 11 Cases"), now dismissed, in which this adversary proceeding was filed;

WHEREAS, Plaintiffs filed their *Complaint for Violation of the Automatic Stay and Application for Temporary and Preliminary Injunctive Relief* [Docket No. 1] (the "Complaint") against CenterPoint Energy, Inc. ("CEI") on March 9, 2023;

WHEREAS, on March 31, 2023, CEI, an incorrectly named defendant, and CenterPoint Energy Resources Corp. ("CERC"; and together with CEI, "Defendants") filed their Answer and Affirmative Defenses to the Complaint [Adv. Pro. Docket No. 15];

WHEREAS, by Order entered April 11, 2023, the Court dismissed the Chapter 11 Cases as of April 4, 2023 due to all of the Plaintiffs' Properties having been foreclosed upon;

WHEREAS, on June 6, 2023, Defendants filed their *Motion of CenterPoint Energy, Inc.*

*and CenterPoint Energy Resources Corp. for Sanctions Under Federal Rule of Bankruptcy Procedure 9011* [Docket No. 22] (the "Sanctions Motion"), seeking sanction against Plaintiffs and their counsel, Tran Singh, LLP ("TS LLP");

WHEREAS, Defendants' counsel was informed by email dated June 7, 2023 that TS LLP no longer represents Plaintiffs; and

WHEREAS, the Plaintiffs have agreed to voluntarily dismiss this adversary proceeding on the terms set forth below.

It is therefore,

**ORDERED:**

1. The Complaint is hereby dismissed with prejudice; and

2. The Sanctions Motion is hereby withdrawn as settled.

**Signed:  June 26, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**Agreed by as to form and substance:**

        **MONTROSE MULTIFAMILY MEMBERS, LLC and related Plaintiffs**

        /s/ Susan Tran Adams
        Susan Tran Adams
        Brendon Singh
        Tran Singh, LLP
        2502 La Branch St
        Houston, Texas 77004
        Email: stran@ts-llp.com
        bsingh@ts-llp.com

        **and**

        */s/ Christopher Bran*
        Christopher Bran,
        Manager, Bran Enterprises, LLC,
        Manager of Montrose Multifamily Members, LLC
        and related Plaintiffs
        4203 Montrose Blvd.
        Houston, TX  77006
        E-mail:  jbran@cbmjinvestments.com

        *Plaintiffs*

        -and-

        **SUSSMAN & MOORE, LLP**

        /s/  Weldon L. Moore
        Weldon L. Moore III, Esq. (TX 14380500)
        Sussman & Moore, LLP
        2911 Turtle Creek Blvd., Suite 1100
        Dallas, Texas  75219
        Telephone:  (214) 378-8270
        Facsimile:  (214) 378-8290
        E-mail: wmoore@csmlaw.net

        *Counsel for Defendants*